**JUDGE KARAS**

FILE COPY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2719
Fax: 212-637-2730
Email: Lawrence.Fogelman@usdoj.gov



**08 CIV 4818**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS D. DE MASI SR.,                  :

        Plaintiff             :

        - against -           :

SENATOR CHARLES E. SCHUMER,              :

        Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ

**NOTICE OF REMOVAL**

Defendant Senator Charles E. Schumer, by his attorney, Michael J. Garcia, United States

Attorney for the Southern District of New York, hereby removes the above-captioned action to

the United States District Court for the Southern District of New York. The grounds for removal

are as follows:

    1.    At all times relevant to the complaint, Charles E. Schumer was a United States

Senator representing New York.

    2.    Senator Charles E. Schumer was named as a defendant in a civil action filed in the

Supreme Court of the State of New York, County of Putnam. A true and correct copy of the state

court complaint with attachments is annexed hereto as Exhibit A.[1]

---

[1]    Social security numbers have been redacted from the attachments.

3.    In the complaint, although plaintiff does not specify a cause of action, plaintiff appears to be claiming that Senator Schumer committed a tort against plaintiff because plaintiff was not satisfied with the assistance he received from Senator Schumer's office concerning plaintiff's dispute with Countrywide Home Loans, which held a mortgage on plaintiff's home. See Exhibit A. Accordingly, this complaint should be construed as asserting a tort claim pursuant to the Federal Torts Claim Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-2680.

4.    Senator Schumer's alleged conduct was taken under color of his office and within the scope of his employment as a United States Senator.

5.    Because plaintiff's claim against Senator Schumer is brought against an officer of the United States for acts performed under color of such office, this action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1). This action is also removable pursuant to 28 U.S.C. § 2679(d)(2). See infra ¶ 7.

6.    On May 21, 2008, the United States Attorney for the Southern District of New York, Michael J. Garcia, certified, pursuant to 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4, that Senator Schumer was acting within the scope of his employment as an officer or employee of the United States at the time of the events giving rise to plaintiff's claims in this action. The certification is attached hereto as Exhibit B.

7.    Pursuant to this certification and 28 U.S.C. § 2679(d), the action is deemed to have been brought against the United States and the United States should be substituted for Senator Schumer as the defendant in this action, and this action must be removed to this Court.

8.    The trial in this action has not commenced.

9.    Accordingly, this action is properly being removed pursuant to 28 U.S.C. §§ 1331,

-2-

1441(a), 1442(a), 2679(d)(2), and 1446(a).

10.     The submission of this notice of removal is solely for the special purpose of

removing this action to the appropriate federal court and is not a general appearance by any

defendant. This Office makes a limited appearance on behalf of Senator Schumer solely for the

purpose of removal of this action. This submission does not constitute a waiver of any

defense available to the defendant, including any defense under Rule 12 of the Federal Rules of

Civil Procedure.

Dated: New York, New York
       May 23, 2008

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                              By:       _____
                                        LAWRENCE H. FOGELMAN
                                        Assistant United States Attorney
                                        Telephone: 212-637-2719
                                        Fax: 212-637-2730

To:     Douglas D. De Masi Sr. (By Express Mail)
        1214 Beekman Road
        Hopewell Jct. N.Y. 12533
        Tel: 845-227-5387
        Fax: 845-227-7312

COVER SHEET

PLAINTIFF

*1019/08*

Date April 23 2008

Douglas D. De Masi Sr.
1214 Beeman Road
Hopewell Jct. New 12533
Phone # 845 27 5387
Fax    # 845 227 7312

-AGAINST-

DEFENDANT

Senator Charles E. Schumer
One park Place, Suite 100
Peekskill, New York 10566
Phone # 1 914 734 1532
Fax    # 1 914 734 1673

both of us to get an appraisal on our home before this court date. Patty and I did and paid for the appraisal in full, and she didn't. Then Judge Burk told me that he will sign these papers when he gets around to it. But right now he told me to go see Patty and tell her that Judge Burk said to have a wonder full Christmas with our kids and family. And as I was walking out of the court I noticed their were two court officers right behind me, I never heard or saw them come in to the court room, as I'm leaving they gave me a little smile and then I noticed Ms. Widen the banks attorney with her head down and talking to her self as I left the court very fast. Judge Burk gave Patty and I a chance, a level playing field to make things right. A few months later we were able to pay off our mortgage and kick the bank off our land. Some day Patty and I would Very much like to thank Judge Burk for giving us that chance.

2) In the year of 2000 we were able to get a mortgage with Option One, at a very High interest rate on our home so we could pay back some taxes and start to rebuild our credit rating. And right from the very first payment we would pay our mortgage payment using the United States Postal Service, Certified Mail Returned Recite Requested Only, proving that all of our mortgage checks were mailed on time, delivered on time so no one could say that the mortgage payments were late or lost in the mail.

3) In 2002 we refinance with Freemont lending at a better interest rate and continued to rebuild our credit rating. But the interest rate was still high, 10.5% for four and a half years and then the interest would go higher. So we knew that we had to refinance with in four and a half years. But we all so knew that our credit rating

was going up all the time because we all ways paid our mortgage payment on time all the time. And as all ways we would mail all our mortgage payment using the United States Postal Certified Mail Return Recite Requested Only.

4) We knew that we were going to be able to refinance our home again before the four and a half years came due at a regular low interest rate and low closing cost. And we were going to take out and extra $125.000.00 as working capital for our project or to build a new home and sell it for $989.000.00 being on a pond with two trout streams back in the woods with a long drive way and plenty of privacy setting on 5 acres.

5) Or we were going to buy our neighbors home for $250.000.00. Using builder terms. And then we were going to rebuild the old cottage and subdivide the land in to three lots and build two more homes an after all of our expenses we would have netted over $ 733,000.00.

## (FIRST CAUSE OF ACTION)

6) Patty and I were forced in a constant battle with Country Wide Home Loans, Mr. Angelo R. Mozilo Chairman and Ceo and Ms. Wosank Assistant Vice President for years. They have knowingly, deliberately and maliciously destroyed our lives for years and cost us over $733,000.00. this has been proven many times before. Furthermore all of our financial problems they deliberately caused for their own financial gain. Late fees, extra fees, extra interests, etc. Just think of it and I'm sure we were not the only ones being hit with late fees, extra interest fees.

(If 100.000 customers per day were hit with the same fees? What a win fall)

To make things even worse they knew that they were destroying our credit rating

by (deliberately and maliciously posting our mortgage payments late) .And by

doing this they made sure we would never be able to get a regular mortgage at a

regular low interest, or low closing cost and we would be for ever in their claws.

7) We have all ways paid our mortgage payment on time. But when Country Wide
   Home Loans Subsidiary Company Full Spectrum Lending Company tried to force
   us in to a (predatory) loan and we refused.

8) Mr. Keith Jones account executive of Full Spectrum Lending kept on calling us
   and telling us that he knows what's good for us and we should trust him.

9) June 24 2003 Mr. Keith Jones mailed us the paper work for us to sign. And this
   deal would have reduced our mortgage payments from $1,205.51 to $1,205.00.
   that would have saved us (51 cents per month for the next 30 years) what a deal.

10) The mortgage amount would have gone from about $129,000.00 to $150,000.00
    and the closing cost would have been about $16,000.00. what a great deal for Mr.
    Keith Jones , Full Spectrum Lending and Country Wide Home Loans.

11) We told Mr. Keith Jones no deal and stop calling us and stop sending us any more
    paper work. He kept on calling us so I told him that I'm going to call the New
    York State Troopers, Mr. Keith Jones told me that they were going to destroy us.

12) January 16 2004 Mr. Chris Ferrara from full Spectrum Lending sent us another

mortgage application all ready filled out ready for Patty and I to sign .

13) August 13 2004 Mr. John Malteps from full Spectrum Lending sent us another
   mortgage application all ready filled out for Patty and I to sign, and yet we never
   ask for this and they kept on trying to get us to refinance.

14) August 16 2004 Mr. Paulome J. Jani  again from Full Spectrum Lending sent
   us out another mortgage application fully filled out and just ready for Patty and I
   to sign on the lines.

15) November 02 2005 Mr. Christopher A. Kudlek from Country Wide Home Loans
   and Full Spectrum Lending once again  we just received another mortgage
   application  all ready filled out and just waiting for Patty and I to sign our lives
   away for the rest of our lives . What don't they understand (NO) means (NO) were
   not interested in any of their deals . Why are they constantly pressuring us all the
   time, why cant they just leave us alone?????????

### (SECOND CAUSE OF ACTION)

16) Senator Charles E. Schumer has made many  speeches how help full he has been
   in the past  and if you have a problem then just write him and let him know what
   the problem  is and how can he help.

17) Senator Charles E. Schumer has been on TV and in the news telling all
   the people that at first he has spoken to Mr. Mozilo and that every thing was
   fine and that they have always treated their customer fair. But its safe to

say that Senator Charles E. Schumer failed to investigate any of Country Wide
Home Loans past or current customer for him to make any kind of statements.

18) Senator Chares E. Schumer then appeared on TV again to say that Country Wide
Home Loans should be boiled in oil for all the people that they have hurt.

19) Senator Charles E. Schumer has made other speeches on how Country Wide
Home Loans, Mr. Mozilo and other mortgage banks have taken advantage of the
home owners with their predatory lending and abuse.

20) We have written letters and mailed them to Senator Charles E. Schumer proof that
Country Wide Home Loans did in fact set out to deliberately and maliciously
destroy us by not cashing our mortgage checks on time. And then reporting us
late to all the reporting credit agency's so our credit rating was in the pits. But
Senator Charles E. Schumer just completely ignored us.

## (THIRD CAUSE OF ACTION)

21) Country Wide Home Loans filed the fore closure papers on August 15 2006 and
started to fore close on our home and put us through a living (hell) and later on
they tried to force us out. But at the end we beat Country Wide Home Loans our
selves. And were still In our home. But again I was told by Ms. Sancheze some
other loan specialist that they will just start another law suit on us again and
foreclosure on us again.

22) So we had to get out of County Wide Home loans claws, so we were forced to

refinance with Franklin Credit at 12.99%. and the closing cost were off the chart. And just like before, as with Option One, Freemont Lending, Country Wide Home Loans and Franklin Credit we still mail our mortgage payments using the United States Postal Service Certified Mail Returned Recite Requested. And as all ways our mortgage payments are mailed on time all the time and received on time never any problems .

23) It took about three years to prove to all three credit reporting agency's that we all ways paid our mortgage on time and all the time. And all three credit reporting agency's ask for 100% proof that we were right and all three credit reporting agency's did their own investigating and all three credit reporting agreed with Patty and I.

24) Patty and I then received letters from all three credit reporting agency's clearly stating that they (don't believe) Country Wide Home loans and that they are now changing our credit report from being in the pits to now being on top.

### (FOURTH CAUSE OF ACTION)

25) It's very clear to Patty and I that Senator Charles E. Schumer has no business being a senator at all. He doesn't care about (we the people at all). Only big business and his special interest groups along with his own pork barrel projects. Senator Charles E. Schumer has never returned any phone calls at all. His offices have told me that they wont help at all. He's a disgrace as a United States Senator and should leave office at once.

26) The one package that I mailed to Senator Charles E. Schumer , with the same
proof that we mailed to other senators and the three credit reporting agency's. He
mailed back to me and said that I should get in touch with the Acorn Agency.

27) I called them up on February 6 2008 at about 9:30 Am , and spoke to the secretary
she refused to give me her name. But she is the secretary for Ms. Bertha Lewis. I
said that Senator Schumer wants me to speak to Ms .Lewis , I also ask the young
lady what kind of business is this, She told me that it's a non profit organization.
She then ask what's the problem three times. I explained to her three times about
a crooked bank and their employees. She then told me that she doesn't know what
they can do for us. I ask her again to speak to Ms. Lewis and that the secretary
told me that she would give the message to Ms. Lewis to call me.

28) I called up again and spoke to some secretary who again refused to give me her
name for reference on February 7 2008 at about 2:PM . Again the women ask me
what's the problem is and again I explained to her what the problem is. So once
again can I please speak to Ms. Lewis, that I its important and that Senator
Schumer told me to tell Ms. Lewis what happen to us. The secretary told me that
she would give Ms. Lewis that message again. but that she doesn't know if they
can help us out.

29) Once again I'm trying to contact Ms. Lewis on April 3 2008 at about 4:Pm . And
this time the secretary gives me her name. I'm speaking with Wilma she tells me
that she is on two different phone calls and that she will give the message to Ms.

Lewis that message that I have called and to call me back, and once again I left
her my phone number. I told her we have a lot of trouble with a crooked bank
and their employees.

30) April 5 2008 at 2:30 Pm ,Again I'm trying to contact Ms. Lewis with Acorn, and
just like before I'm getting no where, I have called a few times to day and I'm
getting extension numbers #200# 202 #309. I have left my name and phone
number as before, but just like before nothing at all. Their no different then most
other New York State agency, no help what so ever.

### (FITH CAUSE OF ACTION)

31) Any one would think with all the offices and employees that Senator Charles E.
Schumer has operating with in New York that he would be able to give us some
sort of help, especially when he is in the news on how he is so out raged on how
many people got burnt by Country Wide Home Loans and other mortgage banks.

32) Further more we have been told that we are the only ones with 100% proof that
we all ways paid on time all the time .

33) With all our proof against Country Wide Home Loans clearly showing just how
(abusive ,and reckless) they are, you would think that Senator Charles E. Schumer
and other senators would be very happy to expose them for being very crooked.

34) We proved 100% that Country Wide Home Loans did knowingly ,deliberately
and maliciously change their spread sheets to hurt us. And this was done very

easily since they have complete control of their own computers. And they can at any time change any thing with in their own computers and spread sheets.

35) Further more I clearly stated in writing they (were broke) just like Enron about a year before Country Wide Home Loans made it public . This could be another reason why they were very personnel against Patty and I in hurting us and destroying us for about three years and did every thing they could to keep us quite.

36) We feel that Senator Charles E. Schumer doesn't give a dam about the (working class Americans) any one who would see him on TV or read some article in the news about Senator Schumer would see a two sided politicians face. One side of his face would be appearing to help the working class. But in fact The other side of his face would really be the helping Big Business Big Government. Country Wide Home Loans, Mr. Mozilo, Ms. Wosank , Bank Of America and other mortgage banks and bankers.

37) The way that I know that Senator Schumer is a sell out to all American working class is simple. He has never returned any of our phone calls, his staff has never returned any of our phone calls, when I did speak to one of his staff employees they would tell me that they cant and won't help, and that the Senator is to busy and always away doing some thing for some one else.

38) And here's the proof that I know Senator Schumer is a sellout to Big Business Big Government, and protecting Country Wide Home Loans, Mr. Mozilo, Ms. Wosank , Bank Of America and other bankers and mortgage companies.

39) Senator Vincent Libel and his entire staff is a perfect example of how hard working and honest some politicians are along with their entire staff members, they have honor and excellent work ethics. Its very clear to Patty and I that Senator Libel hired only the cream of the crop. A few years a go we had a problem with a town of Beekman Builder inspector. I called up Senator Libel's office and told them what the problem was. They told me that their job is to (help the people, the working class) who have been hurt and harmed and to do their best to help us, and that just what they did. They made it very clear that from the start that they cant give us any legal advise but they will open the door for us and to make sure that were on a( level playing field) and that's just what happen.

40) We went to town court and we proved our case against the town of Beekman Building inspector and we won the our case, Its just that simple. After we won our case I called up and thank Senator Libel and his wonder full staff for helping us when we needed the help. (And once again they said that were working for you the people and that's our job) .

41) We made it very clear that we are not part of the 2,000.000. people with mortgages that are being fore closed because for some reason they didn't have an attorney or didn't read their agreement or borrowed more then they can afford to pay. We knew what we were doing; we knew what the terms were. But we had no other choice, no other way to get out of Country Wide Homes loans Claws.

42) We were (forced) we had no other choice , no other option but to accept the terms of Franklin Credit, The interest rate is 12.99% for the first 12 months and

will go up after that. The closing cost were off the charts, Patty and I find it a

constant struggle to make our mortgage payments that started July 20 2007 at

$3,133.50 and that they were changed on December 27 2007 to $3,292.28, and

were stuck till July 20 2008, and that's just our mortgage, we still have all the

other bills each month that must be paid. After July 20 2008 we can then change

to another mortgage bank and hope fully we will be able to get a regular

mortgage at the very lowest interest rate and closing cost at the very lowest

amount to be paid by Patty and I. As before we are still Mailing all of our

mortgage payments by the United States Postal Office Certified Mail Return

Recite Requested. And there is no problem at all with our payments. (All of our

mortgage payments are being mailed on time, delivered on time, and cashed on

time, clearly proving the system works if both sides do their jobs.) And when I

contact the reporting credit agencies, all is well, and they told me that Franklin

Credit is reporting us current all the time as they should.

43) I have talked to our mortgage broker Mr. Anthony Campanaro and our attorney

Mr. De Tommasi about filing a law suit against Country Wide Home Loans , Mr.

Angelo R. Mozilo Chairman and Ceo and Ms Jill Wosank Assistant Vice President

while were still in fore closure. And they told Patty and I It's that's the last thing that

I should do, for the simple reason no one not even Franklin Credit will refinance

our mortgage. And it turned out that Franklin Credit was the (only mortgage bank)

that would refinance our mortgage, solely because we were still in a major fore

closure fight. so I held off till December 21 2007. To file a law suit against Country

Wide Home Loans, Mr. Angelo R. Mozilo Chairman and Ceo, Ms. Jill Wosank
Assistant Vice President.

44) I firmly believe that Senator Charles E. Schumer is (more concerned with keeping
His job then doing his job). Just the other morning, Wednesday morning April 09
2008 the news said that Mr. Angelo R. Mozilo is walking out with about Two
Hundred Forty Million dollars tax free (Go figure) And I don't hear or read any
thing about Senator Charles E. Schumer or any other Law Maker why is that??

## (EXHIBITS)

1) Full Spectrum Lending and Country Wide Mortgage term page with dates and
   names of the mortgage account executives.
   A) June 24 2003, Mr. Keith Jones from Full Spectrum Lending.
   B) January 16 2004, Mr. Chris Ferrara from Full Spectrum Lending.
   C) August 13 2004,Mr. John Malteps from Full Spectrum Lending.
   D) August 16 2004, Mr. Paulome J. Jani from Full Spectrum Lending.
   E) November 02 2005 Mr. Chistopher A. Kudlek from Country Wide Home
      Loans and Full Spectrum Lending

2) Information that we mailed to all three credit reporting agency's, and Country
   Wide Home Loans, New York State Banking Commission and others. Mortgage
   checks front and back along with the United States Mailing Recites , Certified
   Mail Returned Recite Requested that coincide with each other. Proving 100%
   were right and that Country Wide Home Loans are wrong. And Senator Charles
   E. Schumer was the only one to return the entire package not read. Because if he
   had read the material his letter would have been more help full to say the least.

3) Senators Charles E. Schumer's two letters dated January 29 2008.

4) My letter dated March 24 2008, requesting records. As of today's date I haven't received any letter or information that I have request from Senator Charles E. Schumer. (go figure) But that's the same response that we have received from all of the other New York Government Agency's, New York Senators, New York Governor, New York Attorney General, New York Banking Commission and others. No help what so ever, always passing the buck to some one else. But I thought their job was to help we the people? So who's working at the job site??????????

5) All Three credit reporting agency's reports, before and after Patty and proved 100% that we were right and that Country Wide Home Loans were wrong.

I swear to the best of my knowledge that every thing that I have said is to be true and honest.

Date April 23, 2008

Thank You

*Dryl O De Masi SL*

Douglas D. De Masi Sr.

My home address for the past thirty years is as followed, along with my phone and fax number.

Douglas D. De Masi Sr.

1214 Beekman Road

Hopewell Jct. NY 12533

Phone # 845 227 5387

Fax    # 845 227 7312

I CERTIFE THAT THE MAILING WILL BE BY THE UNITED STATES POSTAL SERVICE, CERTIFIED MAIL ONLY WITH RETURN RECITE REQUESTED.

DELIVERY WILL ALL SO BE MADE BY UPS AND HAND DELIVERY BY A PROCCESSER.

Douglas D. De Masi Sr.

Date April 23, 2008            *Dryl D. De Masi SL*

Sworn to before me this 23rd day of April, 2008.

*Stephanie O Baran*

Stephanie L. Baran
Reg#01BA6121162
Notary Public, State of New York
Qualified in Dutchess County
My Commission Expires 1/10/__09

*Exhibits 1-A-B-C-D-E*



(*1-A*)

## Loan Program Summary

PREPARED FOR __Douglas Demasi__     DATE __6-24-3__

PURPOSE(S) FOR LOAN __Lower rate, save money__

---

| CURRENT DEBT | AMOUNT | PAYMENT |
|---|---|---|
| 1. __C.W. + prepay penalty__ | $ __135,000__ | $ __1205__ |
| 2. __Estimated Closing__ | $ __2,500__ | $ |
| 3. __4.75 pts__ | $ | $ |
| 4. | $= __144,031__ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. CASH __Estimate $6,000__ | $ | |

**TOTAL OF CURRENT MONTHLY PAYMENTS**     $ __1,205__

---

**LOAN PRODUCTS DISCUSSED**     *L.A. $ 150,001.00*

*No Prepay Penalty on this loan !*

| | | |
|---|---|---|
| **TYPE OF LOAN PRODUCT** | __3/27__ | |
| **LOAN TERM** | __30 yr.__ | — |
| **TODAY'S RATE** | __7.625__ | — |
| **DISCOUNT POINTS*** | __4.75 pts__ | — |
| **APR** | | — |
| **LOAN PAYMENT** | $ __1061__ | $ |



**KEITH JONES**
ACCOUNT EXECUTIVE

(972) 608-9552
(866) 868-6382 EXT. __632__
(866) 661-7197 FAX

6400 LEGACY DRIVE
MS PTX-127
PLANO, TX 75024

*Discount points are used to determine the interest rate. Lower rate and higher discount points will result in a lower interest rate other options in addition to the ones listed above.*

E-MAIL: KEITH_JONES@COUNTRYWIDE.COM

**PROPOSED MONTHLY PAYMENT SAVINGS**     $ __$145__     $     $

*Saving 52,200 over 30 yrs.*

*The basis for these loan product quotes is information you provided us that we have not verified. This is not a pre-approval or commitment to lend. It is subject to our satisfactory review of the property, further review and verification of your financial information, underwriting of your loan and compliance with our program requirements. The interest rate is not locked and will not be locked until loan approval has been given.*

*Other costs may apply for your loan, including fees for an appraisal, Title Company and closing agent charges, and loan processing. Estimates for these fees will be provided to you.*



| Totals | $ | 250000 | $ | 130000 | $ | 0 | $ | 1205 | $ | 250 | $ | 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

| | | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | Yes | No |
| a. | Purchase price | $     0.00 | | | | | |
| b. | Alterations, improvements, repairs | 0.00 | a. Are there any outstanding judgments against you? | | X | | |
| c. | Land (if acquired separately) | 0.00 | b. Have you been declared bankrupt within the past 7 years? | X | | | |
| d. | Refinance (incl. debts to be paid off) | 135,626.00 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| e. | Estimated prepaid items | 416.10 | d. Are you a party to a lawsuit? | | X | | |
| f. | Estimated closing costs | 4,564.00 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| g. | PMI, MIP, Funding Fee | 0.00 | | | | | |
| h. | Discount (if Borrower will pay) | 4,312.50 | | | | | |
| i. | Total costs (add items a through h) | 144,918.60 | | | | | |
| j. | Subordinate financing | 0.00 | | | | | |
| k. | Borrower's closing costs paid by Seller | 0.00 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| l. | Other Credits (explain) OTHER EQUITY | 0.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| | | | h. Is any part of the down payment borrowed? | | X | | |
| | | | i. Are you a co-maker or endorser on a note? | | X | | |
| | | | j. Are you a U.S. citizen? | X | | | |
| | | | k. Are you a permanent resident alien? | | X | | |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 150,000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| n. | PMI, MIP, Funding Fee financed | 0.00 | m. Have you had an ownership interest in a property in the last three years? | X | | | |
| o. | Loan amount (add m & n) | 150,000.00 | (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | -5,081.40 | (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | O | | | |

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature; and (12) To make products and services available to me, either at a lower cost or with greater convenience, Lender may prudently share some customer and former customer nonpublic personal financial information within our family of companies and with well respected business partners. To obtain a copy of our privacy notice or this sharing information on our policies and process, please call us at (866) 800-3467. If you do not want us to share nonpublic personal information with these companies, either from sharing transactions and experience within our family of companies, please call us at (866) 800-3467. By signing below, you authorize us to share this information unless you opt to exercise your right to opt-out. Please be aware that even if you decide to opt-out, Lender will continue to share nonpublic personal information with companies that perform services on our behalf and with third parties as otherwise permitted by law.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not wish to furnish ethnicity, race, or sex, under Federal regulations this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino    ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino    ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native    ☐ Asian    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander    ☒ White | Race: | ☐ American Indian or Alaska Native    ☐ Asian    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander    ☐ White |
| Sex: | ☐ Female    ☒ Male | Sex: | ☐ Female    ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | CELLURA, MATTHEW | FULL SPECTRUM LENDING, INC. |
| ☐ Mail | Interviewer's Signature                    Date | |
| ☒ Telephone  01/16/2004 | | 990 STEWART AVE., STE 230 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) (516) 832-4200 | GARDEN CITY, NY 11530 |

Application 1 of 1

Prepared by: MICHAEL GAW

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

NDER:FULL SPECTRUM LENDING, INC.

[X] Preliminary  [ ] Final
DATE 08/13/2004

4500 Park Granada
Calabasas, CA 91302

)RROWERS: DOUGLAS D DEMASI
PATRICIA A DEMASI

LOAN      68268197
CASE NO.
Type of Loan 3 Yr Fixed, 27 Yr
ARM LIBOR

)DRESS      1216 BEEKMAN RD.
TY STATE / ZIP HOPEWELL JUNCTION, NY 12533
3OPERTY      1216 BEEKMAN RD
HOPEWELL JUNCTION, NY 12533-5578

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| he cost of your credit s a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| e 9.500 % | $ e 294,197.77 | $ e 142,615.80 | $ e 436,813.57 |

\YMENT SCHEDULE:

| IUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 36 | e 1,134.80 | MONTHLY BEGINNING 10/01/2004 |
| 323 | e 1,222.09 | MONTHLY BEGINNING 10/01/2007 |
| 1 | e 1,225.70 | LAST PAYMENT DUE   09/01/2034 |
| | | |
| | | |
| | | |
| | | |
| | | |

EMAND FEATURE:  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows:

'ARIABLE RATE FEATURE:
[X] This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

iECURITY: You are giving a security interest in the property located at:
.216 BEEKMAN RD, HOPEWELL JUNCTION, NY 12533-5578

\SSUMPTION: Someone buying this property  [X] cannot assume the remaining balance due under original mortgage terms
[ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

3ROPERTY INSURANCE: Hazard insurance, including flood insurance if the property is in a Special Flood Hazard Area, is required as a condition of this oan. You may obtain the insurance coverage from any insurance company acceptable to the lender. Complete details concerning insurance requirements vill be provided prior to loan closing.

_ATE CHARGES: If your payment is more than 15   days late, you will be charged a late charge of      2.000 % of the overdue payment

PREPAYMENT: If you pay off your loan early, you

[ ] may  [X] will not      have to pay a penalty.
[ ] may  [X] will not      be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    BORROWER/DATE    _____    BORROWER/DATE
DOUGLAS D DEMASI                               PATRICIA A DEMASI

_____    BORROWER/DATE    _____    BORROWER/DATE

FHA/VA/CONV
Truth in Lending Disclosure
2C298-US (01/03)(d)                    Page 1 of 2





Prepared by: PAULOMI J. JANI

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: FULL SPECTRUM LENDING, INC.

[X] Preliminary    [ ] Final

DATE 08/16/2004

4500 Park Granada
Calabasas, CA 91302

BORROWERS: DOUGLASS DEMASI
            PATRICIA DEMASI

LOAN    76745498
CASE NO.
Type of Loan 3 Yr Fixed, 27 Yr
ARM LIBOR

ADDRESS       1214 BEEKMAN RD
CITY STATE / ZIP HOPEWELL JUNCTION, NY 12533
PROPERTY      1214 BEEKMAN RD
            HOPEWELL JUNCTION, NY 12533-5578

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| e 9.259 % | $ e 377,371.22 | $ e 186,969.10 | $ e 564,340.32 |

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| e 36 | e 1,406.63 | MONTHLY BEGINNING 10/01/2004 |
| e 323 | e 1,585.51 | MONTHLY BEGINNING 10/01/2007 |
| e 1 | e 1,581.91 | LAST PAYMENT DUE 09/01/2034 |
| | | |
| | | |
| | | |
| | | |
| | | |

DEMAND FEATURE:   [X]   This loan does not have a Demand Feature.    [ ]   This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
[X] This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:
1214 BEEKMAN RD, HOPEWELL JUNCTION, NY 12533-5578

ASSUMPTION: Someone buying this property   [X] cannot assume the remaining balance due under original mortgage terms
[ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

PROPERTY INSURANCE: Hazard Insurance, including flood Insurance if the property is in a Special Flood Hazard Area, is required as a condition of this loan. You may obtain the insurance coverage from any insurance company acceptable to the lender. Complete details concerning insurance requirements will be provided prior to loan closing.

LATE CHARGES: If your payment is more than  15   days late, you will be charged a late charge of           2.000 % of the
overdue payment

PREPAYMENT: If you pay off your loan early, you

[ ] may   [X] will not       have to pay a penalty.
[ ] may   [X] will not       be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ BORROWER/DATE                                        BORROWER/DATE

DOUGLASS DEMASI                           PATRICIA DEMASI

_____ BORROWER/DATE                                        BORROWER/DATE

FHA/VA/CONV
Truth In Lending Disclosure
2C298-US (01/03)(d)                                Page 1 of 2



* 2 3 9 9 1 *



* 0 7 6 7 4 5 4 9 8 0 0 0 0 0 2 C 2 9 8 *

Prepared by: DEOLINDA GEORGE

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [X] the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [X] the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | VA<br>FHA | Conventional [X]<br>USDA/Rural Housing Service | Other (explain): SUBPRIME - B/C | Agency Case Number | Lender Case Number<br>121215523 |
|---|---|---|---|---|---|

| Amount<br>$ 143,000.00 | Interest Rate<br>8.250 % | No. of Months<br>360 | Amortization Type: | [X] Fixed Rate<br>GPM | Other (explain):<br>ARM (type): 30 Yr Fixed |
|---|---|---|---|---|---|

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 1216 BEEKMAN RD, HOPEWELL JUNCTION, NY 12533-5578 | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE ATTACHED | 1943 |

| Purpose of Loan | Purchase [  ]  Construction [  ]  Other (explain): | Property will be: |
|---|---|---|
| | Refinance [X]  Construction-Permanent [  ] | Primary [X] Residence  Secondary Residence  Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [  ] made [  ] to be made |
|---|---|---|---|---|
| 1978 | $ 50,000.00 | $ 127,852.00 | PAYOFF OF MORTGAGE | Cost: $ 0.00 |

| Title will be held in what Name(s)<br>DOUGLAS DEMASI AND PATRICIA DEMASI | Manner in which Title will be held | Estate will be held in:<br>[X] Fee Simple |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)<br>PROCEED FROM FINANCE | | Leasehold<br>(show expiration date) |

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)<br>DOUGLAS DEMASI | Co-Borrower's Name (include Jr. or Sr. if applicable)<br>PATRICIA DEMASI |

| Social Security Number | Home Phone (incl. area code)<br>(845)227-5387 | DOB(MM/DD/YYYY)<br>10/30/1952 | Yrs. Sch.<br>16 | Social Security Number | Home Phone (incl. area code)<br>(845)227-5387 | DOB(MM/DD/YYYY)<br>12/26/1956 | Yrs. Sch.<br>12 |
|---|---|---|---|---|---|---|---|

| [X] Married  Unmarried (include single, divorced, widowed)  Separated | Dependents (not listed by Co-Borrower)<br>no. 0  ages | [X] Married  Unmarried (include single, divorced, widowed)  Separated | Dependents (not listed by Borrower)<br>no. 0  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) [X] Own  Rent 27/00 No. Yrs.<br>1216 BEEKMAN RD<br>HOPEWELL JUNCTION, NY 12533-5578 | Present Address (street, city, state, ZIP) [X] Own  Rent 27/00 No. Yrs.<br>1216 BEEKMAN RD<br>HOPEWELL JUNCTION, NY 12533 |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  Own  Rent  No. Yrs. | Former Address (street, city, state, ZIP)  Own  Rent  No. Yrs. |
|---|---|

### IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer [X] Self Employed<br>DOUGLAS BUILDERS<br><br>1216 BEEKMAN RD<br>HOPEWELL JUNCTION, NY 12533 | Yrs. on this job<br>20Yrs 10Mos<br>Yrs. employed in this line of work/profession<br>20 | Name & Address of Employer  Self Employed<br>HOMEMAKER | Yrs. on this job<br>Yrs. employed in this line of work/profession |
|---|---|---|---|

| Position/Title/Type of Business<br>CPA/ACCOUNTING | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  Self Employed | Dates (from - to) | Name & Address of Employer  Self Employed | Dates (from - to) |
|---|---|---|---|



Countrywide®

FULL SPECTRUM LENDING DIVISION

CHRISTOPHER A. KUDLEK
ACCOUNT EXECUTIVE

(516) 832-4228 DIRECT
(866) 756-3648 TOLL FREE
(516) 542-6105 FAX
(516) 542-6146 FAX

990 STEWART AVE.
SUITE 230
GARDEN CITY, NY 11530

E-MAIL: CHRISTOPHER_KUDLEK@COUNTRYWIDE.COM

| Position/Title/Type | Business Phone (incl. area code) |
|---|---|
| Name & Address of | |
| Position/Title/Type | |

| Monthly Income<br>$ | Business Phone (incl. area code) |
|---|---|
| Dates (from - to) | |
| Monthly Income<br>$ | Business Phone (incl. area code) |

VMP-21N (0305)    CHL (04/05)(d)    VMP Mortgage Solutions, Inc. (800)521-7291<br>Application 1 of 1

Freddie Mac Form 65 0<br>Fannie Mae Form 1003 0<br>Page 1



* 2 3 9 9 1 *

* 1 2 1 2 1 5 5 2 3 0 0 0 0 2 0 2 1 N

*Poughquag NY 01102?,cc*
*#729-9263*

*EXHISIT 2*



##### ***** WELCOME TO *****
##### POUGHQUAG MPO
##### POUGHQUAG, NY  12570-9998
##### 11/24/04 02:18PM

Store  USPS        Trans   132
Wkstn  sys5003     Cashier  KKKF70
Cashier's Name     DAVE
Stock Unit Id      SIADAVE
PO Phone Number    800-275-8777
USPS #             3590960570

  1. 7.40 Hol Orn PSBk         7.40

Subtotal                      7.40
Total                         7.40

Cash                         50.00
Change Due
  Cash                       42.60

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 1

            Thank You
        Please come again!



##### ***** WELCOME TO *****
##### POUGHQUAG MPO
##### POUGHQUAG, NY  12570-9998
##### 11/24/04 02:19PM

Store  USPS        Trans   133
Wkstn  sys5003     Cashier  KKKF70
Cashier's Name     DAVE
Stock Unit Id      SIADAVE
PO Phone Number    800-275-8777
USPS #             3590960570

  1. First Class              4.42
     Destination:     75266
     Weight:          0.40 oz.
     Postage Type:    PVI
     Total Cost:      4.42
     Base Rate:       0.37
          SERVICES
     Certified Mail           2.30
       70041160000172892215
     Rt Recpt (Green Card)    1.75

Subtotal                      4.42
Total                         4.42

*Jessobe o d'Janury*
*pymd*

Cash                         20.00
Change Due
  Cash                       15.58

Number of Items Sold: 1

            Thank You
        Please come again!



```
BANK ONE NA        0213-0560-1
▶111900057◀       113020004
11/30/04           ENT=0646 TRC=0646 PK=83
^330113264        2358791034

060070 070521 050 022000046    CREDITED WITHIN
112504 0000000 STU 45           NAMED PAYEE
  241102 28 022000046 11/30/04  #1825452913
001994060l FLK                  >111900057<

        1100622242
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery  NOV 2 8 2004 |
| 1. Article Addressed to: <br> Country Wide Home Loan <br> P.O. Box 660694 <br> Dallas Texas 75266-0694 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article N <br> (Transfer <br> PS Form 3 | 1-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. O. Deluna Sr.
1214 Dartmouth
Hopewell Jct. N.Y.
12533

Mark Pyret



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
02/07/05 05:00PM

Store  USPS          Trans   124
Wkstn  sys5003       Cashier  KKKF70
Cashier's Name       DAVE
Stock Unit Id        SIADAVE
PO Phone Number      800-275-8777
USPS #               3590960570

 1. First Class               4.42
    Destination:    75266
    Weight:         0.40 oz.
    Postage Type:   PVI
    Total Cost:     4.42
    Base Rate:      0.37
         SERVICES
    Certified Mail           2.30
      70041160000172896268
    Rtn Recpt (Green Card)   1.75

Subtotal                      12
Total                         :2

Cash                          00
Change Due
    Cash                     0.58

Number of Items Sold: 1

         Thank You
    Please come again!

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

| | OFFICIAL USE |
| DALLAS, TX 75266 | |
| Postage | $ | 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKF70 |
| Total Postage & Fees | $ | 4.42 | 02/07/05 |

Sent To
Country Wide Home Loans
Street, Apt. No.;
or PO Box No. P.O. Box 660654
City, State, ZIP+4
Dallas Texas 75266-0654.

7004 1160 0001 7289 6268

PS Form 3800, June 2002                See Reverse for Instructions



PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH. 845 227-5387
1216 BEEKMAN RD.
FAX 845-227-1312
HOPEWELL JUNCTION, NY 12533

$1,205.00

0213-0500-1
02142005
ENT=0247 TRC=0072 PK=03
2250076098

BANK ONE NA
111900057
02/14/05

CREDITED WITHIN
NAMED PAYEE
#1825452913
>111900057<

821105 5045 SMU 45
120551 08 02/14/05 001
0673100501 SBR BANK BUFFALO NY

1300858056

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Count Uide Home Loan.
P.O. Box 660694
Dalla Tefa 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tony Gain    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
TONY    FEB 1 0 2005
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0001 7289 6268

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D A DeMasi Sr
1214 Beekman rd
Hopewell Jct NY
12533



*Febuy Paynd*

**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
01/31/05 09:34AM

```
Store    USPS        Trans   11
Wkstn    sys5003     Cashier KD353Z
Cashier's Name       EDIE
Stock Unit Id        SIAEDIE
PO Phone Number      800-275-8777
USPS #               3590960570

 1. First Class                 4.42
    D        on:     75266
                     0.20 oz.
             e:      PVI
                     4.42
                     0.37
         .VICES
    Cert....ed Mail       2.30
      70041160000172892222
    Rtn Recpt (Green Card) 1.75

Subtotal                    4.42
Total                       4.42

Cash                        5.00
Change Due
  Cash                      0.58
```

Number of Items Sold: 1

Thank You
Please come again!

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

DALLAS, TX  75266

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk KD353Z |
| Total Postage & Fees | $ 4.42 | 01/31/05 |

Sent To
Courthy ide Here Copy
Street, Apt. No.; or PO Box No. P.O. ITK 660654
City, State, ZIP+4
Dallas Texas - 75266-0654

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0001 7289 2222



```
BANK ONE HA          020920050 XP_SRTR1 PKT
►111900057◄        F.R.B. UTICA
02/09/05            ENT=0207 TRC=0207 PK=03

0630517748 2150500036

064235 026 0220000
SLR 45                      CREDITED WITHIN
627001                      NAMED PAYEE
                            #1825452913
1127670601 #EA              >111900057<
        1300045662
```

<table>
<tr><td>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home Loans
P. O. Box 660654
Dallas Texas - 75266-0654

</td><td>

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mary Hell_                ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   FEB 08 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

</td></tr>
<tr><td colspan="2">

2. Article Number
(Transfer from service label)    7004 1160 0001 7289 5535

</td></tr>
<tr><td colspan="2">

UNITED STATES POSTAL SERVICE          First-Class Mail
                                      Postage & Fees Paid
                                      USPS
                                      Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

D.D Persons i
1214 Dearborn N.J
Bogue well est NY
                12033

</td></tr>
</table>



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Clerk: KD3532
02/25/05

Sent To
Ctcktry Wide Home Loans
Street, Apt. No.; or PO Box No. P.O. Box 660694
City, State, ZIP+4 Dallas Texas - 75266-0694

PS Form 3800, June 2002        See Reverse for Instructions



**UNITED STATES**
**POSTAL SERVICE**

```
***** WELCOME TO *****
        POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
    02/25/05 12:04PM

Store  USPS         Trans   31
Wkstn  sys5003      Cashier KD3532
Cashier's Name      EDIE
Stock Unit Id       SIAEDIE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                    4.42
   Destination:      75266
   Weight:           0.30 oz.
   Postage Type:     PVI
   Total Cost:       4.42
   Base Rate:        0.37
        SERVICES
   Certified Mail              2.30
     70041160000172896282
   Rtn Recpt (Green Card)      1.75

Subtotal                        4.42
Total                           4.42


Cash                            5.00
Change Due
  Cash                          0.58

Number of Items Sold: 1

         Thank You
      Please come again!
```



PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH. 845 227-5387 FAX 845-227-7312
1216 BEEKMAN RD.
HOPEWELL JUNCTION, NY 12533

2383

2-25-05

$ 1205

M&T Bank

⑆022000046⑆ 11000911188367⑆ 2383 ⑈0000120551⑈

Posting Date    2005 Mar 02



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Countrywide Home Loan
P.O. Box 660694
Dallas Texas
      75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tony Barrell        ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 FEB 28 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
                    7004 1160 0001 7289 6282

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. DeMasi
1214 Beekman Rd
Hopewell Jct NY
      12533

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKF70 |
| Total Postage & Fees | $ 4.42 | 04/13/05 |

Sent To
*County Wide Home Loans*
Street, Apt. No.; or PO Box No. *P.O. Box 660694*
City, State, ZIP+4 *Dallas Texas 75266-0694*

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0001 7289 6299



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
04/13/05 04:18PM

Store   USPS          Trans    111
Wkstn   sys5003       Cashier  KKKF70
Cashier's Name        DAVE
Stock Unit Id         SIADAVE
PQ Phone Number       800-275-8777
USPS #                3590960570

1. First Class                          4.42
   Destination:      75266
   Weight:           0.40 oz.
   Postage Type:     PVI
   Total Cost:       4.42
   Base Rate:        0.37
        SERVICES
   Certified Mail                       2.30
     70041160000172896299
   Rtn Recpt (Green Card)  1.75

Subtotal                                4.42
Total                                   4.42

VISA                                    4.42

<23-903613552-97>

VISA
ACCT. NUMBER         EXP      CLERK ID
XXXX XXXX XXXX 3097  06/06    01
AUTH 055062   CREDIT TRANS # 197

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

          Thank You
       Please come again!



CANK ONE NA
▶111900057◀
04/18/05.
1030832296

0213-9500-1
04182005
ENT=0301 TRC=0303.PK=03

2251448907

CREDITED WITHIN
NAMED PAYEE
#1825452913
>111900057<

1300659261

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Coca Cola Enterprises Hometown
P.O. Box 660694
Dallas Texas
75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
□ Addressee
B. Received by (Printed Name)     C. Date of Delivery
APR 16 2003
TONY BARRETT

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail      □ Express Mail
□ Registered          □ Return Receipt for Merchandise
□ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number.
(Transfer from service label)
7004 1160 0001 7289 6299

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

D. O. Demasi
1214 Deallmount rd
Hopewell Jct N.Y.
12533



## UNITED STATES
## POSTAL SERVICE

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
11/02/05 08:58AM

Store  USPS         Trans   9
Wkstn  sys5002      Cashier KYY5KZ
Cashier's Name      TERRY
Stock Unit Id       SIATERRY
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                    4.42
   Destination:      75266
   Weight:           0.20 oz.
   Postage Type:     PVI
   Total Cost:       4.42
   Base Rate:        0.37
         SERVICES
   Certified Mail              2.30
     70041350000044610696
   Rtn Recpt (Green Card)  1.75

Subtotal                          4.42
Total                             4.42

VISA                              4.42

        <23-903613552-98>

VISA
ACCT. NUMBER        EXP    CLERK ID
XXXX XXXX XXXX 4464  08/08  03
AUTH 070019   CREDIT TRANS # 706

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

   ~ber of Items Sold: 1

           Thank You
       Please come again!

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $   0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $   4.42 |

Postmark Here
NOV 2 2005
CLERK KYY5KZ
USPS
11/02/05

Sent To _____
Street, Apt. No.; or PO Box No. P.O. D&6660689
City, State, ZIP+4  Dallas Texas 75266-0689

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0000 4461 0696



$ 205

⑆02 20000046⑆ 1⑈0009⑉ 188 836 7⑈ 2583 ⑈0000 1 20551⑇

0213-0500-1
81052006
EXT=0571 TRC=0574 PK=03
2551150822

CREDITED WITHIN NAMED PAYEE⬛      >1119-2509-0<
#9200236372 PM   CNTRYWIDE BK, DALLAS,TX,P.E.G.
2583 01030001956001              445. 01042006
123407 022006            05. 01RTN.866-227-7999

15004104788009

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent   ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
NOV 0 6 2009
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Crwf Wash Ave Com.
P.O. Box 660694
Dallas Texas 75266-0694

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1350 0000 4461 0696

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



P.P. Comi.
1214 Dealton rd
Home well sich NY 12550



**UNITED STATES**
**POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
04/29/05 10:51AM

```
Store  USPS           Trans   34
Wkstn  sys5002        Cashier KYY5KZ
Cashier's Name        TERRY
Stock Unit Id         SIATERRY
PO Phone Number       800-275-8777
USPS #                3590960570

1. First Class                    4.42
   Destination:     75266
   Weight:          0.20 oz.
   Postage Type:    PVI
   Total Cost:      4.42
   Base Rate:       0.37
          SERVICES
   Certified Mail                 2.30
     70041350000044610726
   Rtn Recpt (Green Card)  1.75

Subtotal                          4.42
Total                             4.42

Cash                             10.00
Change Due
   Cash                           5.58
```

Number of Items Sold: 1

Thank You
Please come again!

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

04/29/05

Sent To

Street, Apt. No.;
or PO Box No. _P 01716 660854_

City, State, ZIP+4 _Dallas Texa - 75266-0699_

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0000 4461 0726



MALHICIA A DE MASI
DOUGCAS D. DEMASI, SR.

$ 205

⑈:20004⑈ ⑈000941⑈ 188 36⑈ 21 22  ⑈0001 20551⑈

966292005D XP SRTR1  PKT
F.R.B. UTICA
ENT=0257 TRC=0260 PK=03

2152600026

CREDITED WITHIN NAMED PAYEE    >1119-2509-0<
49200236372              TREASBK, DALLAS, TX, P.E.C.
          111000038              647    06282005
379749 022000        202RTN. 866-788-5181
            A115561076
            1300

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Count Wecha Reme Coun
P. O. Box 660654
Dalla Texas 75266-0654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ JK _____    ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                         MAY 02 2005
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0000 4461 0726

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. Damcsi
1214 Deerhn rd
Pope Velloot N.Y.
        12570



96292095D XP SRTR1   PKT
F.R.B. UTICA
ENT=0257 TRC=0260 PK=03

2152609083

CREDITED WITHIN NAMED PAYEE    >1119-2509-0C
#9200236372          TREASBK.DALLAS,TX,P.E.C
        111000038        746   86282085
645140 022000      FRB 82RTN.866-788-5181
        4115578202
        1300003610

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County Wide Home Loans
P.O. Box 660694
Dallas Texas 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tony Barrett_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JUN 27 2005
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

TONY BARRETT

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1350 0000 4459 8895

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D.A Demasi Sr
1219 Deckman Rd
Hopewell Jct N.Y.
12533



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | 0.37 | UNIT ID: 0570 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KKKF70 |
| Total Postage & Fees | $ | 4.42 | 09/01/05 |

Sent To
_Country Wide Home Loan_
Street, Apt. No.; or PO Box No. _P.O. Box 660684_
City, State, ZIP+4 _Dallas Texas 75266-0684_

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1160 0001 7289 6305



120 days

PATRICIA A DE MASI
DOUGLAS D DE MASI SR.

0213-0599-1
05182006
ENT=0297 TRC=0299 PK=03

2555184918

CREDITED WITHIN NAMED PAYEE    >I119-2509-0<
#9200229637B PM   CNTRYWIDE BK,DALLAS,TX,P.E.G
2525 0516000002854986(06-A0)    1845  05172006
127918 02200004HL0506 01RTNS.877-250-8709
EN1=3973 TRC=3974 PK=14

13094B4908106

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Ountry Wide Home Loan
PO Box 660694
Dallas, Texas
75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Tony Barrett
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
TONY BARRETT    1845   05/17/2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0001 7289 6305

Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. O. DeMasi
1214 Deck man rd
Hopewell Jct N.Y. 12533



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       POUGHQUAG MPO
   POUGHQUAG, NY  12570-9998
       12/05/05 08:41AM

Store  USPS           Trans    4
Wkstn  sys5002        Cashier  KYY5KZ
Cashier's Name        TERRY
Stock Unit Id         SIATERRY
PO Phone Number       800-275-8777
USPS #                3590960570

  1. First Class                    4.42
     Destination:       75266
     Weight:            0.30 oz.
     Postage Type:      PVI
     Total Cost:        4.42
     Base Rate:         0.37
               SERVICES
     Certified Mail               2.30
       70050390000541126911
     Rtn Recpt (Green Card)       1.75

  Subtotal                         4.42
  Total                            4.42

  VISA                             4.42

         <23-903613552-98>
  VISA
  ACCT. NUMBER               CLERK ID
  XXXX XXXX XXXX 4464        03
  AUTH 010052   CREDIT TRANS # 960

  ALL SALES FINAL ON STAMPS AND POSTAGE.
  REFUNDS FOR GUARANTEED SERVICES ONLY.


  Number of Items Sold: 1

            Thank You
        Please come again!
```

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To _County Clerk Dona Evans_
Street, Apt. No.; or PO Box No. _P.O. Box 660694_
City, State, ZIP+4 _Dallas, Texas 75266-0694_

7005 0390 0005 4112 6911

PS Form 3800, June 2002          See Reverse for Instructions



PATRICIA A DE MASI
DOUGLAS D. DE MASI, SR.

121520050 XP SRTR1  PKT
F.R.B.  UTICA
ENT=0376 TRC=0379 PK=03
2153711698

>1119-2589-05
CREDITED WITHIN NAMED PAYEE
#92000236372 PM    CNTRYWIDE BK. DALLAS, TX. P.E.G.
                                                          12142005
020538162  W02=024 DE=020=0871680958552
641023  6620000046=06=                   KIRITH. 886-227-7999
            1300

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Countrywide Home Loan.
P.O. Box 660694
Dalla, Texas
            75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
_Tony Barrett_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
TONY BARRETT    DEC 1 2 2005

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

P.Q. Ouma.
1214 Deollman rd
Agaweld ged NY
            12533

R001    |..||.|.|.||.|...||..||..|.|.|.|.|.|.|....||.....||....|.||





UNITED STATES
POSTAL SERVICE
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
12/24/05 10:26AM

Store  USPS          Trans   18
Wkstn  sys5003       Cashier  KD3S3Z
Cashier's Name       EDIE
Stock Unit Id        SIAEDIE
PO Phone Number      800-275-8777
USPS #               3590960570

    1. First Class                    4.42
       Destination:      75266
       Weight:           0.20 oz.
       Postage Type:     PVI
       Total Cost:       4.42
       Base Rate:        0.37
            SERVICES
       Certified Mail                 2.30
         7005039000541126928
       Rtn Recpt (Green Card)  1.75

Subtotal                              4.42
Total                                 4.42

VISA                                  4.42

         <23-903613552-97>
VISA
ACCT. NUMBER                   CLERK ID
XXXX XXXX XXXX 4464            04
AUTH 095085   CREDIT TRANS # 513

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

          Thank You
      Please come again!

PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH. 845-227-5387 FAX 845-227-7312
1216 BEEKMAN RD.
HOPEWELL JUNCTION, NY. 12533

EPW

2629

12-20-05

$ 120

M&T Bank

#0001 05160

⑈:0 2 2000046⑈: 1100091118836 7⑈' 2629 '0000120551⑈'

00.19-0500-F
010328996
ENT=0539 TRC=0542 PK=03.

2457843062

CREDITED WITHIN. NAMED PAYEE        >1119-2509-0<.
#9200236372 PM    CNTRYWIDE BK, DALLAS, TX. P.E.G
020838162  90 DAY1100000000266001 3845  12302005
042249  0220                   01RTN. 866-227-7999

1212700011
1500699104

<table>
<tr><td colspan="2"><strong>SENDER: COMPLETE THIS SECTION</strong></td><td colspan="2"><strong>COMPLETE THIS SECTION ON DELIVERY</strong></td></tr>
<tr><td colspan="2">
■ Complete Items 1, 2, and 3. Also complete<br>
   Item 4 if Restricted Delivery is desired.<br>
■ Print your name and address on the reverse<br>
   so that we can return the card to you.<br>
■ Attach this card to the back of the mailpiece,<br>
   or on the front if space permits.
</td><td colspan="2">
A. Signature<br>
<em>Tony Barrett</em>  ☐ Agent ☐ Addressee<br>
B. Received by ( Printed Name)  DEC 27 2005<br>
<strong>TONY BARRETT</strong>  C. Date of Delivery
</td></tr>
<tr><td colspan="2">
1. Article Addressed to:<br><br>
Country Wide Home Loan<br>
P. O. Box 660694<br>
Dallas Texas<br>
    75266-0694
</td><td colspan="2">
D. Is delivery address different from item 1? ☐ Yes<br>
   If YES, enter delivery address below: ☐ No
</td></tr>
<tr><td colspan="2"></td><td colspan="2">
3. Service Type<br>
☑ Certified Mail  ☐ Express Mail<br>
☐ Registered  ☐ Return Receipt for Merchandise<br>
☐ Insured Mail  ☐ C.O.D.<br>
4. Restricted Delivery? (Extra Fee)  ☐ Yes
</td></tr>
<tr><td colspan="2">
2. Article Number<br>
7005 0390 0005 4112 6928
</td><td colspan="2"></td></tr>
<tr><td colspan="2">PS Form 3811, February 2004</td><td>Domestic Return Receipt</td><td>102595-02-M-1540</td></tr>
</table>

UNITED STATES POSTAL SERVICE
MID HUDSON NY 125

03 JAN 2006 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. DeMasi Sr
1214 Beekman Rd
Hopewell Jct N.Y.
    12533

11



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
        POUGHQUAG MPO
 POUGHQUAG, NY 12570-9998
    02/14/06 11:39AM

Store  USPS        Trans    38
Wkstn  sys5003     Cashier  KD353Z
Cashier's Name     EDIE
Stock Unit Id      STAEDIE
PO Phone Number    800-275-8777
USPS #             3590960570

1. First Class                    4.64
   Destination:    75266
   Weight:         0.20 oz.
   Postage Type:   PVI
   Total Cost:     4.64
   Base Rate:      0.39
        SERVICES
   Certified Mail                 2.40
   7005039000054112708G
   Rtn Recpt (Green Card)         1.85

Subtotal                         4.64
Total                            4.64

Cash                             5.00
Change Due
   Cash                          0.36

     of Items Sold: 1

        Thank You
    Please come again!
```



**U.S. Postal Service**
**CERTIFIED MAIL_ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

O F F I C I A L   U S E

DALLAS, TX 75266

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0570 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KD353Z |
| Total Postage & Fees | $ 4.64 | 02/14/06 |

7005 0390 4112 7086

Sent To
_Country Wide Home Loans_
Street, Apt. No.;
or PO Box No. _P.O. Box 660654_
City, State, ZIP+4
_Dallas Texas 75266-0654_

PS Form 3800, June 2002          See Reverse for Instructions

PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH. 845 227-5387 FAX 845-227-7312
1216 BEEKMAN RD.
HOPEWELL JCT, NY 12533

EPW

2670

2-24-06

$ 1,205

M&T Bank

# 2200038162

"022200046" 110009 11188367" 2670 "00001 2055 1"

022320960 XP SRTR1  PKT
F.R.B. UTICA
ENT=9269 TRC=0286 PK=03

2156491069

CREDITED WITHIN NAMED PAYEE    >I119-2505-0<
#9200236372 PM    CNTRYWIDE BK, DALLAS,TX,P.E.G.
0200038162  98+DDA 12200000 425001947, 02222006
065256  022000046 DLI RH202 PK 19  RTNS.877-250-8709

ABLL899912
1200301VAV

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Country W.de Home Loans
P.O. Box 660694
Dallas Texas-75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  ☐ Agent  ☐ Addressee
   FEB 2

B. Received by (Printed Name)   C. Date of Delivery
   TOMMY BARRETT

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0005 4112 7086

PS Form 3811, February       Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D.O. DeMasi SR
1214 Beckman rd
Hope well Jcd N.Y.
12533



```
*UNITED STATES*
*POSTAL SERVICE*
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
03/29/06 04:18PM

Store  USPS        Trans     81
Wkstn  sys5003     Cashier  KKKF70
Cashier's Name     DAVE
Stock Unit Id      SIADAVE
PO Phone Number    800-275-8777
USPS #             3590960570

1. First Class                    4.64
   Destination:      75266
   Weight:           0.30 oz.
   Postage Type:     PVI
   Total Cost:       4.64
   Base Rate:        0.39
      SERVICES
   Certified Mail            2.40
   70050390000541126874
   Rtn Recpt (Green Card)    1.85

Subtotal                         4.64
Total                            4.64

Cash                            10.00
Change Due
   Cash                          5.36

Number of Items Sold: 1
          Thank You
       Please come again!
```

**U.S. Postal Service**
**CERTIFIED MAIL₂ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $  0.39 | UNIT ID: 0570 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKF70 |
| Total Postage & Fees | $  4.64 | 03/29/06 |

Sent To
Street, Apt. No.;
or PO Box No. *P. C. IJ&l 66 0 6 9 4*

City, State, ZIP+4
*-75266-0694*

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0005 4112 6874



ENDORSE HERE

0213-0500-1.
04062006
ENT=0671 TRC=0672 PK=03

2257983739

CREDITED WITHIN NAMED PAYEE          >1119-2509-0<
#9200236372 PM    CNTRYWIDE BK,DALLAS,TX,P.E.G.
000038          04052006
M&S AIRTNS.877-250-8709

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home loan
P. O. Box 660694
Dallas Texas
            75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 APR 02 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7005 0390 0005 4112 6874

M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

P. O. Amos
1214 Deckman rd
Hope valley NY
        12533





***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
04/29/06 10:05AM

Store  USPS            Trans    24
Wkstn  sys5002        Cashier  KYY5KZ
Cashier's Name        TERRY
Stock Unit Id         SIATERRY
PO Phone Number       800-275-8777
USPS #                3590960570

1. First Class                        4.64
   Destination:       75266
   Weight:            0.20 oz.  .
   Postage Type:      PVI
   Total Cost:        4.64
   Base Rate:         0.39
             SERVICES
   Certified Mail                     2.40
     7004135000044602462
   Rtn Recpt (Green Card)             1.85

Subtotal                              4.64
Total                                 4.64

Cash                                 10.00
Change Due
   Cash                               5.36

Number of Items Sold: 1

Thank You
Please come again!

PATRICIA A. DE MASI
DOUGLAS D. DE MASI SR.

M&T Bank

$1,205

CREDITED WITHIN NAMED PAYEE  >1119-2509-0<
CNTRYWIDE BK. DALLAS, TX, P.E.G.

ENDORSE HERE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County Wide Home Loan.
P.O. Box 660694
Dallas Tex
75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tony Barrett_ ☐ Agent ☐ Addressee
B. Received by ( Printed Name )  C. Date of Delivery
TONY BARRETT   MAY 0 4 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7004 1350 0000 4460 2462

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. A Demasi
1219 Beekman d
High Well Jct N.Y.
12553





**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0207 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KDRBVF |
| Total Postage & Fees | $ 4.64 | 05/30/06 |

Sent To

Street, Apt. No.; or PO Box No. *P. O. Box 660-694*

City, State, ZIP+4 *Dallas, Texas 75266-0694*

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0005 4112 6836

---

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
     HOPEWELL JUNCTION MPO
HOPEWELL JUNCTION, NY  12533-9998
     05/30/06 02:11PM

Store  USPS        Trans  144
Wkstn  sys5003     Cashier  KDRBVF
Cashier's Name     JOSE
Stock Unit Id      SIAJOSA
PO Phone Number    800-275-8777
USPS #             3590960207

1. First Class
   Destination:    75266       4.64
   Weight:         0.40 oz.
   Postage Type:   PVI
   Total Cost:     4.64
   Base Rate:      0.39
          SERVICES
   Certified Mail              2.40
   70050390000541126836
   Rtn Recpt (Green Card)      1.85
Subtotal                       4.64
Total                          4.64

Cash                           5.00
Change Due
Cash                           0.36

Number of Items Sold: 1

  Starting Saturday July 31, 2004
Post Office Box lobby hours will be:
   Mon. 7:00 A.M. - 7:00 P.M.
   Sat. 7:00 A. M. - 4:00 P. M.
```



DOUGLAS D. DE MASI, SR.

M&T Bank

$ 1,207

:0 22000046: 1100091111883367:" 2735 "00001120.55

CERT OF MAIL /
06072006
ENT=0366 TRC=0368 PK=03

2451016292

REDITED WITHIN NAMED PAYEES    >1119-2509-0<
9200236372 PM    CNTRYWIDE BK, DALLAS, TX, P.E.G.
320038162  90+DAY  06050000850040646  06052006
534TA 000000000000000RLD NO 01RTNS.877-250-8709
ENT=4003 TRC=4004 PK=14    ENT=2294 TRC=2295 PK=13

051611316292

---

<table>
<tr><td>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County Wide Home Loan
P.O. Box 660-694
Dallas Texas
75268-0694

</td><td>

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                 JUN 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

</td></tr>
</table>

2. Article Number
(Transfer from service label)    7005 0390 0005 4112 6636

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. De Masi SR
1214 Bellmord
Hope Well Jct NY
12533

```
=====================================
          POUGHQUAG MPO
        POUGHQUAG, New York
           125709998
         3590960570-0097
08/09/2006 (800)275-8777 02:08:58 PM
=====================================
======= Sales Receipt =======
Product          Sale Unit      Final
Description       Qty Price     Price

DALLAS TX 75266                  $0.39
First-Class
  0.40 oz.
  Return Rcpt (Green            $1.85
  Card)
  Certified                     $2.40
  Label #:   70050390000541127024
                              ========
  Issue PVI:                    $4.64

                            ==========
Total:                          $4.64

Paid by:
Cash                           $10.00
Change Due:                    -$5.36


Bill#:1000300008553
Clerk:01

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
          Customer Copy
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ $0.52 | 0570 |
| Certified Fee | $2.40 | 01 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.77 | 08/09/2006 |

Sent To _Country Wide Home Loan_ _Dept Dayd_
Street, Apt No.
or PO Box No. _P. O, Box 660-654_
City, State, ZIP+4 _Dallas Texas_

PS Form 3800, June 2002        See Reverse for Instructions

PATRICIA A. DE MASI
DOUGLAS D DE MASI, SR.
PH. 845-227-5387
1216 BEEKMAN RD.
HOPEWELL JUNCTION NY 12533

$ 1205

**M&T Bank**

⑆022000046⑆ 110091118836 7⑆ 2764

920838162 UCD=5  081400017760011245
143519(022000046

ENDORSE HERE

**SENDER: COMPLETE THIS SECTION**
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home Loan
P.U. Pox 660-0694
Dallas Texas, 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0005 4112 7024

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. Demasi
1214 Beekman rd
Hope Well Jct NY
12533

E,H,5,A 3

COMMITTEES:

BANKING
FINANCE
JUDICIARY
RULES

# United States Senate

WASHINGTON, DC 20510

January 29, 2008

Douglas & Patricia Demasi
1216 Beekman Road
Hopewell Junction, New York 12533

Dear Friend:

I have received your request for assistance. While I sympathize with the circumstances you have described, with respect to such matters, I am unable to intervene.

Due to the nature of your problem, it appears that an attorney would be better equipped to assess the legal implications of the issues involved. If you have not done so already, I suggest that you consult a private attorney or your local legal services agency for assistance.

I hope that your matter is resolved in a timely and judicious manner. Please contact me in the future if I can be of assistance with a matter within my Federal jurisdiction.

Sincerely,

Charles Schumer

Charles E. Schumer
United States Senator

PLEASE RESPOND TO THE FOLLOWING OFFICE:

| ☐ ALBANY: | ☐ BINGHAMTON: | ☐ BUFFALO: | ☐ HUDSON VALLEY: | ☐ LONG ISLAND: | ☐ NEW YORK CITY: | ☐ ROCHESTER: | ☐ SYRACUSE: | ☐ WASHINGTON: |
|---|---|---|---|---|---|---|---|---|
| LEO O'BRIEN BUILDING | FEDERAL OFFICE BUILDING | 111 WEST HURON | P.O. BOX A | TWO GREENWAY PLAZA | 757 THIRD AVENUE | KENNETH B. KEATING BUILDING | 100 SOUTH CLINTON | 313 HART SENATE OFFICE BUILDING |
| ROOM 420 | 15 HENRY STREET | ROOM 620 | RED HOOK, NY 12571 | 145 PINE LAWN ROAD | SUITE 1702 | 100 STATE STREET | ROOM 841 | WASHINGTON, DC 20510 |
| ALBANY, NY 12207 | ROOM B6 | BUFFALO, NY 14202 | (914) 285-9741 | ROOM 300N | NEW YORK, NY 10017 | ROOM 3040 | SYRACUSE, NY 13261 | (202) 224-6542 |
| (518) 431-4070 | BINGHAMTON, NY 13901 | (716) 846-4111 | (845) 569-0923 | MELVILLE, NY 11747 | (212) 486-4430 | ROCHESTER, NY 14614 | (315) 423-5471 | TDD: (202) 224-0420 |
| | (607) 772-8109 | | | (631) 753-0978 | TDD: (212) 486-7661 | (585) 263-5866 | | |



http://schumer.senate.gov



Dear Mr./Mrs. Lemass

Please find below a
representative by the
name of Sutha Lewis
of ACORN.

I thought the attached might be of interest to you.

Charles E. Schumer

U.S.S.

She may be able to
assist you further
her contact # is
718-246-7900.

*Exhibit 7*

Douglas De. De Masi Sr.
1214 Beekman Road
Hopewell Jct. NY 12533
845 227 5387, Fax 227 7312

March 24, 2008

Requesting Records                                          Re: Freedom Of Information
Records Access Officer                                      Law Request.
Senator Charles Schumer
One Park Place, Suite 100                                   Mailed BY UPS
Peekskill, NY 10566
Phone # 914 734 1532
Fax   # 914 734 1673

Records Access Officer.

Under the provisions of the New York Freedom of information Law, article 6 of the Public Officers
Law. I hereby request records or portions there of pertaining to (or containing the following) 1- How
many people do you have on your staff. 2- How much is your payroll each month. 3- What do these
employees do each day . 4- How much do you spend in rent and any other expense for each office
every month. 5- How many employees are in each office each month. 6- What's the budget for each
office, and how many hours do your employees work each week. 7- I have never seen any thing that
you have accomplished . 8- I have never heard or read any thing that you have done for any one .
9- What are your functions. 10- What do you do . 11- How much actual work do you do.12- How
much actual time do you really put in to the job site.13- What is your total pay per year, what are
your benefits, expense accounts and what does this include, cars, fuel etc. 14- As a New Yorker and
a tax payer, I'm wondering am I getting my moneys worth from you representing my family and I .
(attempt to be identify the records in which you are interested as clearly as possible). If my request
appears to be extensive or fails to reasonably describe the records, please contact me in writing or by
phone or Fax, at 845 227 5387 or fax 845 227 7312.

If there are any fees for copying the records request, please inform me before filling the request (or
please supply the records with out informing me if the fees are not in excess of $ 200.00.

As you know, the Freedom of information Law request that an agency respond to a request with in
five business days of receipt of a request. Therefore I would appreciate a response as soon as
possible and look forward to hearing from you shortly.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial
in writing and provide the name and address of the person of body to whom an appeal should be
directed.

Sincerely
*Doug DeMasa Sr*
Douglas D. De Masi Sr.
1214 Beekman road
Hope Well Jct. NY 12533

P.O. Box 105518
Atlanta, GA 30348

*Exhibit 5*

July 31, 2007



To Start An Investigation, Please Visit U
www.investigate.equifax.com

000596054-1326
001326
Douglas D Demasi
1214 Beekman Rd
Hopewell Junction, NY 12533-5578

Dear Douglas D Demasi:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation**    (For your security, the last 4 digits of your credit account number(s) have been replaced)

>>> *We have researched the credit account. Account # - 2083\* The results are:* The status of this account been updated. If you have additional questions about this item please contact: *Countrywide, 400 Countrywide Simi Valley, CA 93065-6298*

**Answers To Your Questions**

**\* In reference to New York State Law:**

The comment "Consumer disputes this account" is a requirement under New York state law for current residents New York state. This comment displays for credit and public record information that has been disputed where ou checking has not resolved any remaining differences between the source of the information and your original dispute with them. This comment will apear whenever the file is accessed together with the disputed information. The comment may remain a part of the credit history as long as the disputed item appears on the credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any informatic please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## Notice to Consumers

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding nature of your dispute. If the review does not resolve your dispute and further investigation is required, notificatio your dispute, including the relevant information you submitted, is provided to the source that furnished the dispute information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to yc credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably availab the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown u the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement wi become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised ci file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purpose

# EQUIFAX

## CREDIT FILE : July 31, 2007

**Confirmation # 7212021608**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: ~~Douglas D Demasi Sr~~ Date of Birth: October 30, 1952
Social Security # ~~XXX-XX-XXXX~~
Current Address: 1214 Beekman Rd, Hopewell Junction, NY 12533 Reported: 08/2005
Previous Address(es): 1216 Beekman Rd, Hopewell Junction, NY 12533 Reported: 02/2003
675 Beekman Rd, Hopewell Junction, NY 12533 Reported: 07/2002

ALERT(s): File Blocked For Promotional Purposes

*Please address all future correspondence to:*

www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 873-5796
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call WITHIN 60 DAYS of the date of this credit file AND have a copy of this credit file along with the confirmation number.

**Public Record Information** *(This section includes public record items obtained from local, state and federal courts.)*

Wage Earner Plan Filed 06/1999; Southern District of NY; Case or ID # - 9931649; Type - Personal; Filer - Individual; Current Disposition - Dismissed CH-13; Current Disposition Date 12/01/1999; Date Verified 09/01/2002; **Address:** 176 CHURCH ST POUGHKEEPSIE, NY 12601-4165 ; (845) 452-4200

Lien Filed 08/1993; Dutchess County Clerk; Case or ID # - 00000093422; Amount - $21,439 ; Class - Federal; Released 01/2001; Verified 07/2002; **Address:** 22 MARKET ST POUGHKEEPSIE, NY 12601-3222 ; (914) 454-8710

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *.)  (This section includes open and closed accounts reported by credit grantors.)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Payment - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Activity - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| Account History | | |
|---|---|---|
| **Status Code** | | |
| **Descriptions** | | |

| | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )

7212021608A16-000596054-1326-10676-AS

## American General Financial
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 1102253402926* | 11/2002 | | | | | 51 | | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 06/2007 | | 06/2007 | $200 | $25 | 07/2006 | | | | |

**Account History with Status Codes**: 05/2004 04/2004 03/2004 02/2004 01/2004 12/2003
4       4       4       3       2

| Balance Amount | | | | | | | Deferred Pay Start Date | Balloon Pay Amount | |
|---|---|---|---|---|---|---|---|---|---|

Current Status - Contact The Credit Grantor For Status; Type of Loan - Charge Account;     ADDITIONAL INFORMATION - Consumer Disputes This Account Information;

## Chase Manhattan Mortgage Cor     10790 Rancho Bernardo Rd San Diego CA 92127-5705 : (619) 674-1800
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 1526* | 10/2002 | $125,000 | | 30 Years | | 19 | Paid and Closed | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | 06/2004 | | $961 | 06/2004 | | | | 06/2004 |

**Account History with Status Codes**: 05/2004 02/2004
1       1

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Conventional Re Mortgage; Whose Account - Shared, But Otherwise Undesignated;

## Countrywide Home Loans     400 Countrywide Way Simi Valley CA 93065-6298 : (800) 669-6607
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 2083* | 03/2002 | | | 30 Years | Monthly | 46 | | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 07/2007 | | 02/2007 | | $1,238 | 04/2006 | | | | |

Current Status - Contact The Credit Grantor For Status; Type of Loan - Conventional Re Mortgage;     ADDITIONAL INFORMATION - Consumer Disputes This Account;

## Fremont Investment & Loan     3110 E Guasti Rd Ste 500 Ontario CA 91761-1228 : (800) 776-7511
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 700004* | 03/2002 | $131,000 | | | | 5 | Transfer/Sold/Paid | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 07/2002 | $0 | 08/2002 | | $1,205 | 08/2002 | | | | 09/2002 |

Current Status - Pays As Agreed; Type of Account - Mortgage; Whose Account - Shared, But Otherwise Undesignated;     ADDITIONAL INFORMATION - Account Transferred or Sold;
Real Estate Mortgage; Conventional Mortgage;

## Manufactures & Traders Trust     499 Mitchell St Ms 501-34 Dorothy Davi Millsboro DE 19966-9408 : (716) 842-4200
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 100001729400 2* | 04/2004 | $12,000 | | 13 Months | | 2 | Paid and Closed | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | 06/2004 | | $1,037 | 06/2004 | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Maker;

## Manufactures & Traders Trust     499 Mitchell St Ms 501-34 Dorothy Davi Millsboro DE 19966-9408 : (716) 842-4200
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 100001658040* | 06/2002 | $18,000 | | | | 3 | | |

| Items As of Date Reported | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj Del. 1st Paid | Charge Off Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 10/2002 | $0 | 06/2002 | | $409 | 09/2002 | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Maker;     ADDITIONAL INFORMATION - Account Paid/Zero Balance, Home Improvement Loan;

( Continued On Next Page )

**Napa/Gemb** PO BOX 981439 C/O Cardholder, Operati EL PASO TX 79998-1439 ; (866) 396-8254

| Account Number 601918021911* | Date Opened 10/2006 | High Credit $0 | Credit Limit $475 | Terms Duration | Terms Frequency Monthly | Mnths Revd 8 | Activity Description Paid and Closed | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 07/2007 | Amount Past Due $0 | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 11/2006 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request;

**Option One Mortgage** 3 ADA Irvine CA 92618-2304 ; (949) 790-8300

| Account Number 647443* | Date Opened 05/2001 | High Credit $101,000 | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd 8 | Activity Description Paid | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 07/2007 | Amount Past Due $0 | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount $1,082 | Date of Last Activity 03/2002 | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 03/2002 |

Current Status - Pays As Agreed; Type of Account - Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance: Real Estate Mortgage; Conventional Mortgage;

**Sears/Cbsd** 13200 Smith Rd Cleveland OH 44130-7802

| Account Number 504994813418* | Date Opened 10/1974 | High Credit $1,001 | Credit Limit $3,000 | Terms Duration | Terms Frequency Monthly | Mnths Revd 26 | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 07/2007 | Amount Past Due | Date of Last Payment 07/2007 | Actual Payment Amount $20 | Scheduled Payment Amount | Date of Last Activity 07/2007 | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User;

**Sears/Cbsd** 13200 Smith Rd Cleveland OH 44130-7802

| Account Number 504994805272* | Date Opened 03/2002 | High Credit $520 | Credit Limit $320 | Terms Duration | Terms Frequency Monthly | Mnths Revd 64 | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 07/2007 | Amount Past Due $85 | Date of Last Payment 07/2007 | Actual Payment Amount $225 | Scheduled Payment Amount $10 | Date of Last Activity 07/2007 | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**TEG Federal Credit Union** 10 Tucker Dr Poughkeepsie NY 12603-1661 ; (914) 897-4050

| Account Number 2987* | Date Opened 06/2003 | High Credit $16,000 | Credit Limit | Terms Duration | Terms Frequency Monthly | Mnths Revd 6 | Activity Description Paid and Closed | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 12/2003 | Amount Past Due $0 | Date of Last Payment 12/2003 | Actual Payment Amount $15,025 | Scheduled Payment Amount $333 | Date of Last Activity 12/2003 | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 12/2003 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account;

**TEG Federal Credit Union** 10 Tucker Dr Poughkeepsie NY 12603-1661 ; (914) 897-4050

| Account Number 2987* | Date Opened 05/2003 | High Credit $10,000 | Credit Limit | Terms Duration | Terms Frequency Monthly | Mnths Revd 7 | Activity Description Paid and Closed | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 12/2003 | Amount Past Due $0 | Date of Last Payment 12/2003 | Actual Payment Amount $9,211 | Scheduled Payment Amount $208 | Date of Last Activity 12/2003 | Charge Off Amount | Date Maj, Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 12/2003 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account;

**Inquiries that display to companies** *(may impact your credit score)*

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Landsale Credit:FBM LLC | | 06/26/2007 |
| 1515 Walnut Grove Ave Rosemead, CA 91770-3710  Phone: (800) 447-1692 | | |

| Company Information | Inquiry Date(s) | | |
|---|---|---|---|
| EMS/American Home Mortgage::DELTA FUNDING CORPOR | 06/25/2007 | | |
| Acranet::TRIBECA LENDING CORP | 06/07/2007 | | |
| 521 W Maxwell Ave  Spokane, WA 99201-2417  Phone: (509) 462-4976 | | | |
| Factual Data::250 THE MORTGAGE TE | 04/30/2007 | | |
| 5200 Hahns Peak Dr 24HCGS005471MS | | | |
| 24HCGS005132MS Loveland, CO 80538-8852 | | | |
| Fis Credit Services::FIDELITY BORROWING M | 03/12/2007 | 01/23/2007 | 01/22/2007 |
| 918 Ulster Ave  Kingston, NY | | | |
| 12401-1344 | | | |
| First American Credco::HOME LOAN CTR INC DB | 01/18/2007 | 06/14/2006 | |
| 12395 First American Way  Poway, CA 92064-6897  Phone: (800) 637-2422 | | | |
| Landsale Credit::CONCORD MORTGAGE COR | 11/21/2006 | | |
| 1515 Walnut Grove Ave  Rosemead, CA 91770-3710  Phone: (800) 447-1692 | | | |
| Gemb | 10/13/2006 | 06/21/2006 | |
| PO Box 276  Dayton, OH | | | |
| 45401-0276 | | | |
| Cbcinnovis::376 DUTCHESS COUNTY | 09/21/2006 | | |
| PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | | | |
| First American Credco-Fremont::FREMONT INVESTMENT A | 09/16/2006 | | |
| 12395 First American Way  Poway, CA 92064-6897  Phone: (800) 966-4343 | | | |
| Consolidated Information Servic::ASAP MORTGAGE INC | 08/21/2006 | 04/18/2006 | |
| 227 US Highway 206  Flanders, NJ | | | |
| 07836-9110 | | | |
| M & T Bank Direct | 08/08/2006 | | |
| Aames Funding Corporation | 06/05/2006 | | |
| 350 S Grand Ave # 5200  Los Angeles, CA | | | |
| 90071-3406 | | | |
| Wilmington Finance | 06/05/2006 | | |
| 401 Plymouth Rd 4h Fl  Plymouth Meeting, PA | | | |
| 19462-1650 | | | |
| First American Credco::FREEDOM MORTGAGE | 06/05/2006 | | |
| 12395 First American Way  Poway, CA | | | |
| 92064-6897 | | | |
| Cbcinnovis::230 M T SALES HUDSON | 12/07/2005 | | |
| PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | | | |
| Landsale Credit::COUNTRYWIDE FSLD | 10/27/2005 | | |
| 1515 Walnut Grove Ave  Rosemead, CA 91770-3710  Phone: (800) 447-1692 | | | |

**Inquiries that do not display to companies: (do not impact your credit score)**
(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness... examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

*Company Information - Prefix Descriptions:*

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR inquiries remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Equifax | PO Box 740241 Atlanta, GA | 07/31/2007  06/25/2007  06/22/2007  03/21/2007  03/15/2007  03/14/2007  01/23/2007 |
| 30374-0241 | | |
| AR-Napa/Gemb | PO BOX 981439 C/O Cardholder Operations EL | 11/15/2006 |
| PASO, TX 79998-1439 Phone (866) 396-8254 | | |

721202160BA16-00059605<-1326-10676-AS

**** End of Credit File ****

P.O. Box 105518
Atlanta, GA 30348

June 22, 2007

# *EQUIFAX*

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000592024-1340
Patricia A Demasi
1214 Beekman Rd
Hopewell Junction, NY 12533-5578

Dear Patricia A Demasi:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.
Equifax contacted each source directly and our investigation is now completed. If you have any additional
questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation** *(For your security, the last 4 digits of your credit account number(s) have been replaced by '')*

### >>> *We have reviewed your concerns and our conclusions are:*

Countrywide home loan /20838162 is currently not reporting on the credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any information,
please contact the source of that information directly. You may contact Equifax regarding the specific information
contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

### *Notice to Consumers*

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the
nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of
your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed
information. The source reviews the information provided, conducts an investigation with respect to the disputed
information and reports the results back to us. The credit reporting agency then makes deletions or changes to your
credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available,
the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under
the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one
hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will
become part of your credit file and will be disclosed each time that your credit file is accessed.

if the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a
statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit
file to any company that received your credit file in the past six months (twelve months for California, Colorado,
Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

**EQUIFAX**

## CREDIT FILE: June 22, 2007

Confirmation # 7173029065

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Patricia A Demasi |
| Social Security #: | [ ]   Date of Birth: December 26, 1956 |
| Current Address: | 1214 Beekman Rd, Hopewell Junction, NY 12533  Reported: 10/2003 |
| Previous Address(es): | 1216 Beekman Rd, Hopewell Junction, NY 12533  Reported: 05/2003 |
| | 1219 Beekman Rd, Hopewell Junction, NY 12533  Reported: 09/2004 |
| | Rt R 1, Hopewell Junction, NY 12533  Reported: 11/1996 |
| Formerly Known As: | Patricia A Demasi |

*Please address all future correspondence to:*

www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 873-5648
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call WITHIN 60 DAYS of the date of this credit file AND have a copy of this credit file along with the confirmation number.

**Public Record Information** *(This section includes public record items obtained from local, state and federal courts.)*

Bankruptcy Filed 08/1998: Southern District of NY; Case or ID # - 9832619; Type - Personal; Filer - Individual; Current Disposition - Dismissed CH-11; Current Disposition Date 03/01/1999; **Address:** 176 CHURCH ST POUGHKEEPSIE, NY 12601-4165 ; (845) 452-4200

Bankruptcy Filed 08/1997: Southern District of NY; Case or ID # - 9732356; Type - Personal; Filer - Individual; Current Disposition - Discharged CH-7; Current Disposition Date 09/01/1997, Date Verified 04/01/2003; **Address:** 176 CHURCH ST POUGHKEEPSIE, NY 12601-4165 ; (845) 452-4200

Lien Filed 03/1994; Dutchess County Clerk; Case or ID # - 9495; Amount - $10,468 ; Class - Federal; Released 01/2001; Verified 05/2003; **Address:** 22 MARKET ST POUGHKEEPSIE, NY 12601-3222 ; (914) 454-8710

Lien Filed 08/1993: Dutchess County Clerk; Case or ID # - 0000093422; Amount - $21,439 ; Class - Federal; Released 01/2001; Verified 05/2003; **Address:** 22 MARKET ST POUGHKEEPSIE, NY 12601-3222 ; (914) 454-8710

Lien Filed 04/1992; Dutchess County Court; Case or ID # - 1041; Amount - $1,730 ; Class - State; Released 02/2007; Verified 05/2003; **Address:** 22 MARKET ST POUGHKEEPSIE, NY 12601-3222 ; (914) 431-1920

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

I.C. Systems, Inc.,: Collection Reported 07/2005; Assigned 03/2004; Creditor Class - Medical/Health Care; Client - DRS Bieber Hise L L P; Amount - $508 ; Status as of 07/2005 - Unpaid; Date of 1st Delinquency 10/2003; Balance **as of** 07/2005 - $133 ; Last Payment Date 08/03/2004; Individual Account; Account # - 4235054859, **Address:** Attn:John Erickson, Jr 444 Highway 96 E Saint Paul MN 55127-2557 ; (651) 481-6333

## Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

**Account History**
**Status Code**
**Descriptions**

1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due

5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure

J : Voluntary Surrender
K : Repossession
L : Charge Off

### American Express    PO Box 297871 Fort Lauderdale FL 33329-7871 : (800) 874-2717

| Account Number | | | | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -4497486370123 3* | Date Opened 05/2005 | High Credit $2,458 | Credit Limit $2,700 | | | | | 1 | Closed | | | | |
| Items As of Date Reported 01/2006 | Amount Past Due | Date of Last Paymnt 12/2005 | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity 01/2006 | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | | Balloon Pay Date | Date Closed 12/2005 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Association Terminated; ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

### Capital One, Isb    PO Box 26030 Richmond VA 23260-6030

| Account Number | | | | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5178052414 51* | Date Opened 02/2004 | High Credit $1,290 | Credit Limit | | | Monthly | | 40 | | | | | |
| Items As of Date Reported 06/2007 | Amount Past Due | Date of Last Paymnt 05/2007 | Actual Paymnt Amount $50 | Scheduled Paymnt Amount $24 | Date of Last Activity 06/2007 | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | | Balloon Pay Date | Date Closed |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

**Account History**    10/2006
**with Status Codes**    1

### Chase Manhattan Mortgage Cor    10790 Rancho Bernardo Rd San Diego CA 92127-5705 : (619) 674-1800

| Account Number | | | | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1526* | Date Opened 10/2002 | High Credit $125,000 | Credit Limit | | 30 Years | | | 19 | Paid and Closed | | | | |
| Items As of Date Reported 06/2004 | Amount Past Due $0 | Date of Last Paymnt 06/2004 | Actual Paymnt Amount | Scheduled Paymnt Amount $961 | Date of Last Activity 06/2004 | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | | Balloon Pay Date | Date Closed 06/2004 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Conventional Re Mortgage; Whose Account - Shared, But Otherwise Undesignated;

**Account History**    05/2004  02/2004
**with Status Codes**    1          1

( Continued On Next Page )

**Fremont Investment & Loan**   3110 E Guasti Rd Ste 500 Ontario CA 91761-1228 : (800) 776-7511 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 700004* | 03/2002 | $131,000 | | | 5 | | |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity | Charge Off Amount | Date Maj Del 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 09/2002 | $0 | | | | 08/2002 | | | | | | |
| Balance Amount | Scheduled Paymt Amount |
| $0 | $1,205 |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Shared, But Otherwise Undesignated; ADDITIONAL INFORMATION - Account Transferred or Sold; Real Estate Mortgage;

**Gemb/Walmart DC**   PO Box 981416 El Paso TX 79998-1416 : (866) 611-1148 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Rev |
|---|---|---|---|---|---|
| 601131000043* | 05/2005 | $3,745 | | Monthly | 24 |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity |
| 05/2007 | | 05/2007 | $100 | $3,500 | 05/2007 |
| Balance Amount | Scheduled Paymt Amount |
| $2,844 | $79 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;
Account History  09/2006
with Status Codes   1

**Hudson Valley FCU**   PO Box 1750 Poughkeepsie NY 12501-0750 : (914) 463-3011 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Rev |
|---|---|---|---|---|---|
| 102630* | 05/2005 | $16,935 | 85 Months | Monthly | 23 |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity |
| 05/2007 | | 05/2007 | $570 | | 05/2007 |
| Balance Amount | Scheduled Paymt Amount |
| $13,575 | $271 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;

**Napa/Gemb**   PO BOX 981439 C/O Cardholder Operati El Paso TX 79998-1439 : (866) 396-8254 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Revd |
|---|---|---|---|---|---|
| 601918021911* | 10/2006 | $0 | | Monthly | 7 |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity |
| 06/2007 | | | | $475 | 03/2002 |
| Balance Amount | Scheduled Paymt Amount | | | | Paid and Closed |
| $0 | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request;

**Option One Mortgage**   3 ADA Irvine CA 9261 8-2304 : (949) 790-8300 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Revv |
|---|---|---|---|---|---|
| 647443* | 05/2001 | $101,000 | | | 8 |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity |
| 04/2002 | $0 | | | | 03/2002 |
| Balance Amount | Scheduled Paymt Amount |
| $0 | $1,082 |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Real Estate Mortgage;

**Sears/Cbsd**   13200 Smith Rd Cleveland OH 44130-7802 :

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Mnths Revd | | | | | | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50499480 5272* | 03/2002 | $520 | | Monthly | 63 | | | | | | 11/2006 |
| Items As of Date Reported | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Credit Limit | Date of Last Activity |
| 06/2007 | $25 | 06/2007 | $25 | $320 | 06/2007 |
| Balance Amount | Scheduled Paymt Amount |
| $225 | $10 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User;

( Continued On Next Page )

7173029065A16-000592024-1340-10010-AS

**Sears/Cbsd**   13200 Smith Rd Cleveland OH 44130-7802

| Account Number | | | | | Credit Limit | | Terms Duration | Terms Frequency | | | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 512107505291* | | | | | $950 | | | Monthly | | | | 24 | | | | |
| Items As of | Balance | | Date Opened | Date of Last Paymnt | Amount Past Due | High Credit | | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Scheduled Paymnt Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| Date Reported 06/2007 | Amount $868 | | 05/2005 | 05/2007 | $1,012 | | | 06/2007 | | | $26 | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

**Toyota Motor Credit Corp**   5005 N River Blvd NE Cedar Rapids IA 52411-6634

| Account Number | | | | | Credit Limit | | Terms Duration | Terms Frequency | | | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7040226140954* | | | | | | | | Monthly | | | | 8 | Paid and Closed | | | |
| Items As of | Balance | | Date Opened | Date of Last Paymnt | Amount Past Due | High Credit | | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Scheduled Paymnt Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| Date Reported 12/2003 | Amount $0 | | 03/2003 | 12/2003 | $18,744 $17,070 | | | 12/2003 | | | $401 | | | | | 12/2003 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account;

*Inquiries that display to companies (may impact your credit score)*

*This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.*

| Company Information | Inquiry Date(s) |
|---|---|
| Acranalcbs Branch::TRIBECA LENDING CORP | 06/07/2007 |
| PO Box 5393 Mtg Dept Spokane, WA | |
| 99205-2020 | |
| Factual Data::250 THE MORTGAGE TE | 04/30/2007 |
| 5200 Hahns Peak Dr 24HCGS005471MS | |
| 24HCGS005132MS Loveland, CO 80538-8852 | |
| Fis Credit Services::FIDELITY BORROWING M | 03/12/2007   01/23/2007 |
| 918 Ulster Ave Kingston, NY | |
| 12401-1344 | |
| Gsmb | 10/13/2006 |
| PO Box 276 Dayton, OH | |
| 45401-0276 | |
| Cbcinnovis::376 DUTCHESS COUNTY | 09/21/2006 |
| PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-6317 | |
| First American Credco-Fremont::FREMONT INVESTMENT A | 09/16/2006 |
| 12395 First American Way Poway, CA 92064-6897  Phone: (800) 986-4343 | |
| Consolidated Information Servc::ASAP MORTGAGE INC | 08/21/2006   04/18/2006 |
| 227 US Hghway 206 Flanders, NJ | |
| 07836-9110 | |
| First American Credco::HOME LOAN CTR INC DB | 06/14/2006 |
| 12395 First American Way Poway, CA 92064-6897  Phone: (800) 637-2422 | |
| Aames Funding Corporation | 06/05/2006 |
| 350 S Grand Ave # 5200  Los Angeles, CA | |
| 90071-3406 | |
| First American Credco::FREEDOM MORTGAGE | 06/05/2006 |
| 12395 First American Way Poway, CA | |
| 92064-6897 | |
| Wilmington Finance | 06/05/2006 |
| 401 Plymouth Rd #h Fl Plymouth Meeting, PA | |
| 19462-1650 | |

(Continued On Next Page)

7173029065A16-000929024-1340-1301   11

| Company Information | Inquiry Date(s) |
|---|---|
| Cbsinnovis:230 M T SALES HUDSON<br>PO Box 1838 Columbus, OH 43216-1838 Phone: (877) 237-8317 | 12/07/2005 |
| Landsafe Credit:COUNTRYWIDE FSLD<br>1515 Walnut Grove Ave Rosemead, CA 91770-3710 Phone: (800) 447-1692 | 10/27/2005 |

**Inquiries that do not display to companies: (do not impact your credit score)**
(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor)

**Company Information - Prefix Descriptions:**

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | Inquiry Date(s) | | | | | | |
|---|---|---|---|---|---|---|---|
| Equifax | 06/22/2007 | 03/16/2007 | 03/15/2007 | 03/14/2007 | 02/27/2007 | 02/26/2007 | 01/19/2007 | 01/16/2007 |
| 30374-0241 | PO Box 740241 Atlanta, GA | | | | | | |
| AR-Hsbc Bank NV FKA Hhlb | 06/09/2007 | | | | | | |
| 60070-2701 | 2700 Sanders Rd Prospect Heights, IL | | | | | | |
| PRM-MDA Capital, Inc. | 06/08/2007 | 05/01/2007 | 03/13/2007 | 01/24/2007 | 09/22/2006 | 09/17/2006 | 08/22/2006 |
| 33707-1600 | 6036 Central Ave St Petersburg, FL | | | | | | |
| PRM-Hsbc Bank NV FKA Hhlb | 05/18/2007 | | | | | | |
| 60070-2701 | 2700 Sanders Rd Prospect Heights, IL | | | | | | |
| AR-Gemb/Walmart DC | 05/18/2007 | 04/20/2007 | 03/16/2007 | 02/21/2007 | 02/16/2007 | 01/13/2007 | 12/07/2006 | 11/15/2006 |
| 79998-1416 Phone: (866) 611-1148 | 11/09/2006 | 10/10/2006 | 09/28/2006 | 09/20/2006 | 09/13/2006 | 09/05/2006 | 08/30/2006 | 08/24/2006 |
| | 08/16/2006 | 08/10/2006 | 07/31/2006 | 07/04/2006 | | | |
| AR-Capital One | 05/02/2007 | 04/04/2007 | 02/28/2007 | 02/07/2007 | 01/03/2007 | 12/06/2006 | 10/04/2006 | 09/06/2006 |
| | PO Box 981416 El Paso, TX | | | | | | |
| 23060-5937 | 11013 W Broad St Glen Allen, VA | | | | | | |
| PRM-Gemb/JC Penney | 02/26/2007 | | | | | | |
| 79998-1402 Phone: (800) 542-0800 | PO Box 981402 El Paso, TX | | | | | | |
| PRM-Fingerhut/Cit | 02/20/2007 | 08/23/2006 | | | | | |
| 56303-0820 | 6250 Ridgewood Rd Saint Cloud, MN | | | | | | |

| Company Information | Inquiry Date(s) |
| --- | --- |
| ND-Choicepoint::UNITRIN GRP UNITRIN | 08/22/2006 |
| 1000 Alderman Dr Insurance P&C Underwriting | |
| Alpharetta, GA 30005-4101 | |

•••• End of Credit File ••••

7173029065A16-000592024-1340-10010-AS

7173029065A16-000592024- 1340 - 10010 - AS

P.O. Box 2000
Chester, PA 19022

07/19/2007    Trans**Union.**

P0BRBI00200726-I008701
DOUGLAS D. DEMASI SR.
1214 BEEKMAN RD
HOPEWELL JUNCTION, NY 12533

Our investigation of the dispute you submitted is now complete. The results are listed below and a
new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If
you provide a consumer statement that contains medical information related to service providers or
medical procedures, then you expressly consent to TransUnion including this information in every
credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a
consumer statement, you may request that TransUnion send an updated report to those who received
your report within the last two years for employment purposes, or within the last one year for any other
purpose.

If interested, you may also request a description of how the investigation was conducted along with
the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| COUNTRYWIDE HOME LOANS | # 20838162 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are
included in the following credit report.

# TransUnion Personal Credit Score

DOUGLAS D. DEMASI SR.

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>07/19/2007 | A 990<br>A 900<br>B 800<br>**Unavailable**<br>**(See Below)** C 700<br>D 600<br>F 501 | 100%<br><br>**Unavailable**<br>**(See Below)** 50%<br><br>0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### About your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

### Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

**• How do inquiries affect my credit score?**

When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

### Additional Information

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

| File Number: | 169005454 |
| Page: | 1 of 6 |
| Date Issued: | 07/19/2007 |

TransUnion.

## Personal Information

**Name:** DOUGLAS D. DEMASI SR.

**SSN:** ▬▬▬▬
**Date of Birth:** 10/1952
**Telephone:** 227-5387
Your SSN is partially masked for your protection.

**Other Names:** DEMASI,DOUG
You have been on our files since 12/1983

## CURRENT ADDRESS

**Address:** 1214 BEEKMAN RD
HOPEWELL JUNCTION, NY 12533
**Date Reported:** 01/2004

## PREVIOUS ADDRESS

**Address:** 1216 BEEKMAN RD B
HOPEWELL JUNCTION, NY 12533
**Date Reported:** 04/2003

**Address:** 31 SHERWOOD FRST F
WAPPINGERS FALLS, NY 12590

## EMPLOYMENT DATA REPORTED

**Employer Name:** SELF EMPLOYED
**Date Reported:** 06/2006

**Position:** EVENT DESIGNER
**Hired:**

**Employer Name:** DOUGLAS BUILDERS INC
**Date Reported:** 12/1999

**Position:**
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

**DUTCHESS COUNTY CLERK** Docket #: 9495

| | | |
|---|---|---|
| 22 MARKET STREET | **Type:** PAID FEDERAL TAX LIEN | **Date Filed:** 03/1994 |
| COUNTY OFC BLDG | **Court Type:** COUNTY CLERK | **Responsibility:** INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | **Date Paid:** 01/2001 | **Plaintiff:** IRS |
| (845) 486-2120 | | **Amount:** $10,468 |
| Estimated date that this item will be removed: | 12/2007 | |

**DUTCHESS COUNTY CLERK** Docket #: 718

| | | |
|---|---|---|
| 22 MARKET STREET | **Type:** PAID FEDERAL TAX LIEN | **Date Filed:** 04/1991 |
| COUNTY OFC BLDG | **Court Type:** COUNTY CLERK | **Responsibility:** INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | **Date Paid:** 01/2001 | **Plaintiff:** IRS |
| (845) 486-2120 | | **Amount:** $251 |
| Estimated date that this item will be removed: | 12/2007 | |

**DUTCHESS COUNTY CLERK** Docket #: 735

| | | |
|---|---|---|
| 22 MARKET STREET | **Type:** PAID FEDERAL TAX LIEN | **Date Filed:** 12/1990 |
| COUNTY OFC BLDG | **Court Type:** COUNTY CLERK | **Responsibility:** INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | **Date Paid:** 05/2001 | **Plaintiff:** IRS |
| (845) 486-2120 | | **Plaintiff Attorney:** ROCCO V PESCE 00 |
| | | **Amount:** $4,837 |
| Estimated date that this item will be removed: | 04/2008 | |

Consumer Credit Report for **DOUGLAS D. DEMASI SR.**

File Number: 169005454
Page: 2 of 6
Date Issued: 07/19/2007

## NEW YORK FEDERAL COURT-P Docket #: 9932797

176 CHURCH STREET
POUGHKEEPSIE, NY 12601
(845) 452-4200

| | |
|---|---|
| Type: | CHAPTER 7 BANKRUPTCY DISMISSED |
| Court Type: | FEDERAL DISTRICT |
| Date Paid: | 05/2000 |
| Assets: | $0 |

| | |
|---|---|
| Date Filed: | 12/1999 |
| Responsibility: | INDIVIDUAL DEBT |
| Plaintiff Attorney: | PRO SE |
| Liabilities: | $0 |

**Estimated date that this item will be removed:** 11/2009

## NEW YORK FEDERAL COURT-P Docket #: 9931649

176 CHURCH STREET
POUGHKEEPSIE, NY 12601
(845) 452-4200

| | |
|---|---|
| Type: | CHAPTER 13 BANKRUPTCY FILING |
| Court Type: | FEDERAL DISTRICT |
| Assets: | $0 |

| | |
|---|---|
| Date Filed: | 06/1999 |
| Responsibility: | INDIVIDUAL DEBT |
| Plaintiff Attorney: | ANTHONY DETOMMASI |
| Liabilities: | $0 |

**Estimated date that this item will be removed:** 05/2009

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

## CHASE HOME FINANCE LLC #15260185

3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 06/2004 |
| High Balance: | $125,000 |
| Terms: | 360 MONTHLY $961 |

| | |
|---|---|
| Pay Status: | >30 DAYS PAST DUE< |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Open: | 10/2002 |
| Date Closed: | 06/2004 |

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED
>Maximum delinquency of 60 days occurred in 03/2004<

| Late Payments (21 months) |  | | | Last 21 months | 30 | OK | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 1 | 0 | | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep |

# Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

## COUNTRYWIDE HOME LOANS #20838162

450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
(800) 669-5864

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2007 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1238 |

| | |
|---|---|
| Pay Status: | UNRATED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 03/2002 |
| Date Paid: | 07/2007 |

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** ACCT INFO DISPUTED BY CONSUMR

| Late Payments (28 months) |  | | | Last 28 months | X | X | X | X | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |
| | | | | | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | | | |
| | | | | | jun | may | apr | mar | | | | | | | | | | | | | | | | | | | | |

Consumer Credit Report for DOUGLAS D. DEMASI SR.

File Number:    169005454
Page:    3 of 6
Date Issued:    07/19/2007

TransUnion.

**FREMONT INVESTMNT & LOAN #7000045161**
3110 E GUASTI RD
STE 500
ONTARIO, CA 91761
(800) 776-7511 x6575

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 09/2002 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1205 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 09/2002 |
| Date Paid: | 08/2002 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: TRANSFER

 Last 6 months

| X | OK | OK | OK | X | OK |
|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar |

---

**M & T BANK #10000172940020001**
1100 WEHRLE DR
WILLIAMSVILLE, NY 14221-7748
(800) 724-2440

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2004 |
| High Balance: | $12,000 |
| Terms: | 13 MONTHLY $1038 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | PRIMARY BORROWER ON ACCOUNT |
| Date Opened: | 04/2004 |
| Date Closed: | 06/2004 |

Loan Type: SECURED
Remarks: CLOSED

 Last 2 months

| OK | OK |
|---|---|
| may | apr |

---

**M & T BANK #10000165880400001**
1100 WEHRLE DR
WILLIAMSVILLE, NY 14221-7748
(800) 724-2440

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2002 |
| High Balance: | $18,000 |
| Terms: | 61 MONTHLY $410 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | PRIMARY BORROWER ON ACCOUNT |
| Date Opened: | 06/2002 |
| Date Closed: | 10/2002 |

Loan Type: HOME IMPROVEMENT
Remarks: CLOSED

 Last 4 months

| X | X | X | OK |
|---|---|---|---|
| sep | aug | jul | jun |

---

**OPTION ONE MTG #6474436176**
3 ADA
IRVINE, CA 92618-2304
(949) 790-3600

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 03/2002 |
| High Balance: | $101,400 |
| Terms: | 360 MONTHLY $1082 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2001 |
| Date Closed: | 03/2002 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED

 Last 8 months

| OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|
| feb | '02 | dec | nov | oct | sep | aug | jul |

---

**SEARS/CBSD #5049948052722180**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691

| | |
|---|---|
| Balance: | $225 |
| Date Updated: | 06/2007 |
| High Balance: | $520 |
| Credit Limit: | $300 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2002 |

Loan Type: CHARGE ACCOUNT

 Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun |

Consumer Credit Report for DOUGLAS D. DEMASI SR.

File Number:     169005454
Page:            4 of 6
Date Issued:     07/19/2007

**SEARS/CBSD #5049948134183054**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691

| Balance: | $20 |
|---|---|
| Date Updated: | 06/2007 |
| High Balance: | $1,001 |
| Credit Limit: | $3,000 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    REVOLVING ACCOUNT
Responsibility:  AUTHORIZED ACCOUNT
Date Opened:     10/1974

Loan Type: CHARGE ACCOUNT



| Late Payments (25 months) | 30 | 60 | 90 | Last 25 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| OK |
|---|
| may |

**STRAUSS/GEMB #6019180219117716**
PO BOX 981439
EL PASO, TX 79998
(866) 396-8254

| Balance: | $0 |
|---|---|
| Date Updated: | 07/2007 |
| High Balance: | $0 |
| Credit Limit: | $500 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    REVOLVING ACCOUNT
Responsibility:  JOINT ACCOUNT
Date Opened:     10/2006
Date Closed:     11/2006

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER



| Late Payments (08 months) | 30 | 60 | 90 | Last 8 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| jun | may | apr | mar | feb | '07 | dec | nov |
|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**FBM LLC VIA LANDSAFE CREDIT**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 06/26/2007    Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**TRIBECA LENDING CORP VIA ACRANET, INC.**
2139 TAPO STREET N
STE #209
SIMI VALLEY, CA 93063
Phone number not available
Requested On: 06/07/2007    Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 03/12/2007    Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 01/22/2007    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**DELTA FUNDING CORPOR VIA EQUIFAX MORTGAGE SERVICE**
1 E 22ND ST
LOMBARD, IL 60148
(630) 916-8600
Requested On: 06/25/2007    Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**2250 THE MORTGAGE TE VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700
Requested On: 04/30/2007    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 01/23/2007    Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**HOME LOAN CTR INC DB VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 01/18/2007    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

consumer Credit Report for DOUGLAS D. DEMASI SR.

File Number:      169005454
Page:             5 of 6
Date Issued:      07/19/2007



### CONCORD MORTGAGE COR VIA LANDSAFE CREDIT
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 11/21/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

### FREMONT INVESTMENT A VIA FAC/FREMONTN
12395 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 09/16/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

### HOME LOAN CTR INC DB VIA FAC/REP MTG
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 06/14/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

### FREEDOM MORTGAGE VIA FIRST AMERICAN CREDCO
12385 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 06/05/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

### ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 04/18/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

### COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 10/27/2005   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

### 376 DUTCHESS COUNTY VIA CBC COMPANIES
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 09/21/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

### ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 08/21/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

### AAMES CORP VIA TU SETTLEMENT SOLUTIONS
6200 OAK TREE BLVD
SUITE 140
INDEPENDENCE, OH 44131
(800) 308-3976
Requested On: 06/05/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

### WILMINGTON FINANCE VIA WILMINGTON FINANCE
501 OFFICE CENTER
SUITE 400
FT WASHINGTON , PA 19034
(610) 943-2100
Requested On: 06/05/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

### 230 M T SALES HUDSON VIA CBCINNOVIS
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 12/07/2005   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries where permitted by law).

### SEARS/CBSD
87 25 W SAHARA AVE
MC 02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691
Requested On: 06/2007

### AMERICAN GENERAL FINANCE
601 NW 2ND ST
EVANSVILLE, IN 47708
(812) 468-5321
Requested On: 04/2007

Consumer Credit Report for DOUGLAS D. DEMASI SR.

File Number:    169005454
Page:           6 of 6
Date Issued:    07/19/2007

**CHECK FREE**
6000 PERIMETER DR
DUBLIN, OH 43017-3233
(614) 564-3000
Requested On: 03/2007

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 12/2006
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 09/2006
Permissible Purpose: CREDIT TRANSACTION

**AMERICAN GENERAL FINANCE**
601 NW 2ND ST
EVANSVILLE, IN 47708
(812) 468-5321
Requested On: 01/2007

**AMERICAN GENERAL FINANCE**
601 NW 2ND ST
EVANSVILLE, IN 47708
(812) 468-5321
Requested On: 10/2006

## Consumer Statement

DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL IDENTIFYING INFORMATION.
(Note: This statement has no expiration date.)

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement is set to expire in 01/2011.)

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays.  **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...**

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management<br>Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator-GIPSA<br>Washington, DC 20250   202-720-7051 |

P 0BRBI-002 00726-I008710 10/1



*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 PennsylvaniaAve. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 PennsylvaniaAve. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information In your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**New York Consumers Have the Right to Obtain a Security Freeze**

As of November 1, 2006 you have a right to place a "Security Freeze" on your credit report, which will prohibit a Consumer Reporting Agency from releasing information in your credit report without your express authorization. A Security Freeze must be requested in writing by certified or overnight mail. The Security Freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a Security Freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a Security Freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report to a specific party or for a period of time after the freeze is in place. To provide that authorization you must contact the Consumer Credit Reporting Agency and provide all of the following:

1. The personal identification number or password;
2. Proper Identification to verify your identity;
3. The proper information regarding the party or parties who are to receive the credit report or the period of time for which the report shall be available to users of the credit report; and
4. Payment of any applicable fee.

A Consumer Credit Reporting Agency must authorize the release of your credit report no later than three business days after receiving the above information.

A Security Freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit.

Chester, PA 19022

07/19/2007    Trans**Union.**

P0BRBI00202858-I035727
PATRICIA A. DEMASI
1214 BEEKMAN RD O
HOPEWELL JUNCTION, NY 12533

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| COUNTRYWIDE HOME LOANS | # 20838162 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

# TransUnion Personal Credit Score
PATRICIA A. DEMASI



**Your Score & Grade**

Score
**Not Purchased**
(See Below)

Grade
-

Created on
07/19/2007

Based on your TransUnion credit report, this is a depiction of your creditworthiness.

**Score & Grade Range**

Unavailable
(See Below)

990
900
800
700
600
501

The numerical score ranges from 990 to 501 equaling grade ranges from A to F.

**Where You Rank**

Unavailable
(See Below)

100%
50%
0%

Your credit ranks higher than --% of the nation's population.

### About your TransUnion Personal Credit Score
Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary
You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

### Answers About Credit Scores
• **How are credit scores used?**
A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

• **How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

• **How do inquiries affect my credit score?**
When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

### Additional Information
The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## See your 3-in-1 Credit Report!
Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft
Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

| File Number: | 169005307 |
|---|---|
| Page: | 1 of 8 |
| Date Issued: | 07/19/2007 |

**TransUnion.**

## Personal Information

| **Name:** | PATRICIA A. DEMASI |
|---|---|

| **SSN:** | |
|---|---|
| **Date of Birth:** | 12/1956 |
| **Telephone:** | 227-5387 |

Your SSN is partially masked for your protection.

| **Other Names:** | DEMASI,PATRICA,A |
|---|---|
| | DEMASI,PATTY |

You have been on our files since 12/1983

## CURRENT ADDRESS

| **Address:** | 1214 BEEKMAN RD O |
|---|---|
| | HOPEWELL JUNCTION, NY 12533 |
| **Date Reported:** | 05/2003 |

## PREVIOUS ADDRESS

| **Address:** | 1 RR 1 BOX 322, |
|---|---|
| | HOPEWELL JUNCTION, NY 12533 |
| **Date Reported:** | 04/2003 |

## EMPLOYMENT DATA REPORTED

| **Employer Name:** | ARLINGTON CENT SCHO | **Position:** | |
|---|---|---|---|
| **Date Reported:** | 01/2004 | **Hired:** | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any lien on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for 7-10 years.

**DUTCHESS COUNTY CLERK** Docket #: 9495

| 22 MARKET STREET | **Type:** | PAID FEDERAL TAX LIEN | **Date Filed:** | 03/1994 |
|---|---|---|---|---|
| COUNTY OFC BLDG | **Court Type:** | COUNTY CLERK | **Responsibility:** | INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | **Date Paid:** | 01/2001 | **Plaintiff:** | IRS |
| (845) 486-2120 | | | **Amount:** | $10,468 |

Estimated date that this item will be removed:    12/2007

**DUTCHESS COUNTY CLERK** Docket #: 735

| 22 MARKET STREET | **Type:** | PAID FEDERAL TAX LIEN | **Date Filed:** | 12/1990 |
|---|---|---|---|---|
| COUNTY OFC BLDG | **Court Type:** | COUNTY CLERK | **Responsibility:** | INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | **Date Paid:** | 05/2001 | **Plaintiff:** | IRS |
| (845) 486-2120 | | | **Plaintiff Attorney:** | ROCCO V PESCE 00 |
| | | | **Amount:** | $4,837 |

Estimated date that this item will be removed:    04/2008

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

Consumer Credit Report for PATRICIA A. DEMASI

| | |
|---|---|
| File Number: | 169005307 |
| Page: | 2 of 8 |
| Date Issued: | 07/19/2007 |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

## CAPITAL ONE SERVICES #5178052414513370

POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $733 |
| Date Updated: | 07/2007 |
| High Balance: | $1,290 |
| Terms: | MINIMUM $22 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 02/2004 |


Late Payments (41 months) | 30: 1 | 60: 0 | 90+: 0 | Last 41 months

| OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

| OK | OK | X | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

## CHASE HOME FINANCE LLC #15260185

3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED
>Maximum delinquency of 60 days occurred in 03/2004<

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 06/2004 |
| High Balance: | $125,000 |
| Terms: | 360 MONTHLY $961 |

| | |
|---|---|
| Pay Status: | >30 DAYS PAST DUE< |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Open: | 10/2002 |
| Date Closed: | 06/2004 |


Late Payments (21 months) | 30: 2 | 60: 1 | 90+: 0 | Last 21 months

| 30 | OK | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep |

## GEMB/WALMART DC #6011310000433018

P O BOX 981400
EL PASO, TX 79998
(866) 611-1148

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $2,795 |
| Date Updated: | 06/2007 |
| High Balance: | $3,745 |
| Credit Limit: | $3,500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 05/2005 |
| Date Closed: | 11/2006 |

Late Payments (25 months) | 30: 1 | 60: 0 | 90+: 0 | Last 25 months

| OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |

| OK |
|---|
| may |

## I C SYSTEMS COLLECTIONS #4235054859

PO BOX 64378
SAINT PAUL, MN 55164-0378
(651) 481-6333

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 03/2004

| | |
|---|---|
| Balance: | $133 |
| Date Updated: | 07/2005 |
| Original Amount: | $508 |
| Original Creditor: | MED1 02 DRS BIEBER HISE L  L P |
| Past Due: | >$133< |

| | |
|---|---|
| Pay Status: | >COLLECTION ACCOUNT< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

Consumer Credit Report for PATRICIA A. DEMASI

File Number: 169005307
Page: 3 of 8
Date Issued: 07/19/2007

TransUnion.

 

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

## AMERICAN EXPRESS #449748637012339262
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

**Loan Type:** CREDIT CARD

| | |
|---|---|
| Balance: | $2,055 |
| Date Updated: | 01/2006 |
| High Balance: | $2,458 |
| Credit Limit: | $2,700 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | ACCOUNT RELATIONSHIP TERMINATED |
| Date Opened: | 05/2005 |
| Date Closed: | 12/2005 |

Late Payments (06 months): 30:0 60:0 90:0

Last 6 months: OK OK OK OK OK OK / dec nov oct sep aug jul

## COUNTRYWIDE HOME LOANS #20838162
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
(800) 669-5864

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** ACCT INFO DISPUTED BY CONSUMR

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2007 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1238 |

| | |
|---|---|
| Pay Status: | UNRATED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 03/2002 |
| Date Paid: | 07/2007 |

Late Payments (26 months): 30:0 60:0 90:0

Last 26 months: X OK OK OK OK OK X OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK / jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep aug jul / OK OK jun may

## FREMONT INVESTMNT & LOAN #7000045161
3110 E GUASTI RD
STE 500
ONTARIO, CA 91761
(800) 776-7511 x6575

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2007 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1205 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 09/2002 |
| Date Paid: | 08/2002 |

Late Payments (06 months): 30:0 60:0 90:0

Last 6 months: X OK OK OK X OK / jun may apr mar feb '07

## HSBC NV #5120255013423433
PO BOX 19360
PORTLAND, OR 97280
(800) 477-6000

**Loan Type:** CREDIT CARD

| | |
|---|---|
| Balance: | $60 |
| Date Updated: | 06/2007 |
| High Balance: | $60 |
| Credit Limit: | $500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2007 |

## IBM HUDSON VALLEY EFCU #1026309600
ATTN: COLLECTIONS
159 BARNEGAT RD
POUGHKEEPSIE, NY 12601
(845) 463-3011

**Loan Type:** AUTOMOBILE

| | |
|---|---|
| Balance: | |
| Date Updated: | 06/2007 |
| High Balance: | $16,935 |
| Terms: | 85 MONTHLY $271 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2005 |

## OPTION ONE MTG #6474436176
3 ADA
IRVINE, CA 92618-2304
(949) 790-3600

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 03/2002 |
| High Balance: | $101,400 |
| Terms: | 360 MONTHLY $1082 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2001 |
| Date Closed: | 03/2002 |

Late Payments (08 months): 30:0 60:0 90:0

Last 6 months: OK OK OK OK OK OK OK OK / feb '02 dec nov oct sep aug jul

Consumer Credit Report for PATRICIA A. DEMASI

File Number: 169005307
Page: 4 of 8
Date Issued: 07/19/2007

---

### SEARS/CBSD #5121075052918617

8725 W SAHARA AVE
MC 02/02/03
THE LAKES, NV 89163-7802
Phone number not available

Balance: $836
Date Updated: 07/2007
High Balance: $1,012
Credit Limit: $1,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2005
Date Closed: 06/2007

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR

 Late Payments (25 months): 0 0 0  Last 25 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | |

| OK |
|----|
| jun |

---

### SEARS/CBSD #5049948052722180

8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691

Balance: $225
Date Updated: 06/2007
High Balance: $520
Credit Limit: $300

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: AUTHORIZED ACCOUNT
Date Opened: 03/2002

Loan Type: CHARGE ACCOUNT

Late Payments (48 months): 0 0 0  Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |
| may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun |

(With OK in every cell above each month row.)

---

### STRAUSS/GEMB #6019180219117716

PO BOX 981439
EL PASO, TX 79998
(866) 396-8254

Balance: $0
Date Updated: 07/2007
High Balance: $0
Credit Limit: $500

Pay Status: PAID OR PAYING AS AGREED
Account Type: CHARGE ACCOUNT
Responsibility: JOINT ACCOUNT
Date Opened: 10/2006
Date Closed: 11/2006

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

 Late Payments (08 months): 0 0 0  Last 8 months

| OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|
| jun | may | apr | mar | feb | '07 | dec | nov |

---

### TOYOTA FINANCIAL SERV #70402261409540001

5005 N RIVER BLVD NE
CEDAR RAPIDS, IA 52411-6634
Phone number not available

Balance: $0
Date Updated: 12/2003
High Balance: $18,744
Terms: 60 MONTHLY $401

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 03/2003
Date Closed: 12/2003

Loan Type: AUTOMOBILE
Remarks: CLOSED

 Late Payments (09 months): 0 0 0  Last 9 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|
| nov | oct | sep | aug | jul | jun | may | apr | mar |

---

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**FBM LLC VIA LANDSAFE CREDIT**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 06/26/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**DELTA FUNDING CORPOR VIA EQUIFAX MORTGAGE SERVICE**
1 E 22ND ST
LOMBARD, IL 60148
(630) 916-8600
Requested On: 06/25/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

Consumer Credit Report for PATRICIA A. DEMASI

File Number:    169005307
Page:           5 of 8
Date Issued:    07/19/2007

TransUnion.

**TRIBECA LENDING CORP VIA ACRANET, INC.**
2139 TAPO STREET N
STE #209
SIMI VALLEY, CA 93063
Phone number not available
Requested On: 06/07/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 03/12/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**376 DUTCHESS COUNTY VIA CBC COMPANIES**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 09/21/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 08/21/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**AAMES CORP VIA TU SETTLEMENT SOLUTIONS**
6200 OAK TREE BLVD
SUITE 140
INDEPENDENCE, OH 44131
(800) 308-3976
Requested On: 06/05/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**WILMINGTON FINANCE VIA WILMINGTON FINANCE**
501 OFFICE CENTER
SUITE 400
FT WASHINGTON , PA 19034
(610) 943-2100
Requested On: 06/05/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 04/18/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**230 M T SALES HUDSON VIA CBCINNOVIS**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 12/07/2005   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**2250 THE MORTGAGE TE VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700
Requested On: 04/30/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 01/23/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FREMONT INVESTMENT A VIA FAC/FREMONTN**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 09/16/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**HOME LOAN CTR INC DB VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 06/14/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**FREEDOM MORTGAGE VIA FIRST AMERICAN CREDCO**
12385 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 06/05/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**NCO FINANCIAL SYSTEMS**
515 PENNSYLVANIA A
P O BOX 7603
FT WASHINGTON , PA 19034
(215) 832-1450
Requested On: 05/15/2006   Inquiry Type: INDIVIDUAL

**AMERICAN HONDA FINANCE**
600 KELLY WAY
HOLYOKE, MA 01040
(413) 552-1400
Requested On: 12/19/2005   Inquiry Type: JOINT

**COUNTRYWIDE  FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 10/27/2005   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

Consumer Credit Report for **PATRICIA A. DEMASI**

File Number:     169005307
Page:            6 of 8
Date Issued:     07/19/2007

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**FIRST PREMIER**  Requested On: 03/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**FIRST PREMIER**  Requested On: 11/2006
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**Source One Automotive In**  Requested On: 10/2006
113 SEABOARD LANE
SUITE A-190
FRANKLIN, TN 37067
(615) 261-2030

**WARRANTY ACTIVATION HEAD**  Requested On: 09/2006
159B OLD GRAVIOS
HIGH RIDGE, MO 63049
(636) 677-1285

**THE HARTFORD**  Requested On: 04/2006
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**HOMEOWNERS**  Requested On: 07/2005
4501 CIRCLE 75 PAR
SUITE F6220
ATLANTA, GA 30339
Phone number not available

**T-MOBILE**  Requested On: 01/2007
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997

**NATIONAL DEALER WARRANTI**  Requested On: 10/2006
3342 MID RIVERS MA
SAINT PETERS, MO 63376
(800) 436-3185

**Source One Automotive In**  Requested On: 09/2006
113 SEABOARD LANE
SUITE A-190
FRANKLIN, TN 37067
(615) 261-2030

**AEGON / STONEBRIDGE LIFE**  Requested On: 07/2006
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 732-1821

**AEGON / PEOPLES BENEFIT**  Requested On: 07/2005
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 523-7900

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 06/2007

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 05/2007

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 03/2007

**SEARS/CBSD**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691
Requested On: 06/2007

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 04/2007

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 02/2007

File Number:    169005307
Page:           7 of 8
Date Issued:    07/19/2007

TransUnion.

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 01/2007

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 12/2006
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 10/2006

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 09/2006
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 07/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 05/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 03/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 01/2006

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 12/2006

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 11/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 08/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 06/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 04/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 02/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 11/2005

P 0BRBI-002 02858-I035735 09/14

Consumer Credit Report for PATRICIA A. DEMASI

File Number:      169005307
Page:             8 of 8
Date Issued:      07/19/2007

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credito escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551    202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552    800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314    703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management<br>Washington, DC 20590    202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA<br>Washington, DC 20250    202-720-7051 |

**New York Consumers Have the Right to Obtain a Security Freeze**

As of November 1, 2006 you have a right to place a "Security Freeze" on your credit report, which will prohibit a Consumer Reporting Agency from releasing information in your credit report without your express authorization. A Security Freeze must be requested in writing by certified or overnight mail. The Security Freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a Security Freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a Security Freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report to a specific party or for a period of time after the freeze is in place. To provide that authorization you must contact the Consumer Credit Reporting Agency and provide all of the following:

1. The personal identification number or password;
2. Proper Identification to verify your identity;
3. The proper information regarding the party or parties who are to receive the credit report or the period of time for which the report shall be available to users of the credit report; and
4. Payment of any applicable fee.

A Consumer Credit Reporting Agency must authorize the release of your credit report no later than three business days after receiving the above information.

A Security Freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit.

# experian

**Prepared for**
PATRICIA A DE MASI

**Report date**
July 18, 2007

**Report number**
0153185444

www.experian.com/disputes
Call 800 509 8495

**Page 1 of 16**

## Dear PATRICIA A DE MASI,

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

FREMONT INVESTMENT & LN
700004....
PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

OPTION ONE MORTGAGE CORP
647443....
PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

COUNTRYWIDE HOME LOANS
2083....
PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

ll.ll...llll..ll..ll.ll..l.l..llll.l..llll...lll.ll..ll..lll.l.ll
●●●●●●●●●●●●●●●●●MIXED AADC 683
0016903  2 MB 0.485 L 524
PATRICIA A DE MASI
1214 BEEKMAN RD
HOPEWELL JUNCTION NY 12533-5578
l..ll..l.l.l.l..ll..ll.l.l.l.l.l..ll.l..ll.....ll.l.l.l.l

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

THIS PAGE INTENTIONALLY LEFT BLANK

experian

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes    Page 3 of 16

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years (or employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

Visit experian.com/status to check the status of your pending disputes at any time

### To order a copy of your VantageScore® from Experian visit experian.com or call 1 888 322 5583.

### Protect and manage your credit with Credit Manager, www.creditexpert.com

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 16**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | | | | |
|---|---|---|---|---|
| **US BKPT CT NY SO**<br>**POUGHKE**<br>176 CHURCH ST<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>9832619 | *Date filed*<br>Aug 1998<br>*Date resolved*<br>Mar 1999 | *Responsibility*<br>Individual | *Claim amount*<br>$0<br>*Liability amount*<br>$0 | Status: Involuntary Chapter 11 bankruptcy dismissed. This item is scheduled to continue on record until Aug 2008. |
| **DUTCHESS CNTY CLERK**<br>COUNTY OFFICE BLDG<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>SQ93422 | *Date filed*<br>Jul 1993<br>*Date resolved*<br>Jan 2001 | *Responsibility*<br>NA | *Claim amount*<br>$21,400<br>*Liability amount*<br>NA | Status: Federal tax lien paid. This item was verified and updated on Jul 2002. |
| **DUTCHESS CNTY CLERK**<br>COUNTY OFFICE BLDG<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>SQ9495 | *Date filed*<br>Mar 1994<br>*Date resolved*<br>Jan 2001 | *Responsibility*<br>NA | *Claim amount*<br>$10,400<br>*Liability amount*<br>NA | Status: Federal tax lien paid. This item was verified and updated on Jul 2002. |

experian

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Prepared for
PATRICIA A DE MASI
Report number
0153185444

otentially negative items or items for further review continued

Credit items

**CAP ONE BK**
PO BOX 85015
RICHMOND VA 23285
(800) 903-3637
**Partial account number**
517805241451....

See History of account balances for
additional information.

| | |
|---|---|
| Date opened | Feb 2004 |
| Reported since | Feb 2004 |
| Date of status | Nov 2006 |
| Last reported | Jul 2007 |
| Type | Revolving |
| Terms | NA |
| Monthly payment | $22 |
| Responsibility | Individual |
| Credit limit or original amount | NA |
| High balance | $1,290 |
| Recent balance | $733 as of Jul 2007 |
| Recent Payment | $100 |

Status: Open/Current, was past due 30 days.
Account history:
30 days as of Oct 2006
As of Jul 2013, this account is scheduled to go to a positive status.

**CHASE MANHATTAN MORTGAGE**
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127
No phone number available
**Partial account number**
1526....

| | |
|---|---|
| Date opened | Oct 2002 |
| Reported since | Oct 2002 |
| Date of status | Jun 2004 |
| Last reported | Jun 2004 |
| Type | Mortgage |
| Terms | 30 Years |
| Monthly payment | NA |
| Responsibility | Joint |
| Credit limit or original amount | $125,000 |
| High balance | NA |
| Recent balance | NA |

Status: Paid, Closed/Past due 30 days.
Account history:
60 days as of Mar 2004
30 days as of May 2004, Feb 2004

**GEMB/WALMART DC**
PO BOX 981400
EL PASO TX 79998
No phone number available
**Partial account number**
601131000043....

See History of account balances for
additional information.

| | |
|---|---|
| Date opened | May 2005 |
| Reported since | May 2005 |
| Date of status | Oct 2006 |
| Last reported | Jun 2007 |
| Type | Revolving |
| Terms | NA |
| Monthly payment | $79 |
| Responsibility | Individual |
| Credit limit or original amount | $3,500 |
| High balance | $3,745 |
| Recent balance | $2,795 as of Jun 2007 |
| Recent Payment | $100 |

Status: Open/Current, was past due 30 days.
Account history:
30 days as of Sep 2006
As of Jun 2013, this account is scheduled to go to a positive status.

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 6 of 16**

## Potentially negative items or items for further review continued

| | Date opened | Date of status | | Responsibility | Credit limit or original amount | Recent balance | Status: Collection account. $133 past |
|---|---|---|---|---|---|---|---|

**I C SYSTEM INC**
PO BOX 64378
SAINT PAUL MN 55164
(651) 481-6333
*Partial account number*
4235054859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date opened | Mar 2004 | Date of status May 2004 | | Responsibility Individual | Credit limit or original amount $508 | Recent balance $133 as of Jul 2005 | Status: Collection account. $133 past due as of Jul 2005. |
| Reported since May 2004 | | Last reported Jul 2005 | | | High balance NA | | Account history: Collection as of May 2004 to Jul 2005 |
| | | | Type Collection | | | | This account is scheduled to continue on record until Jul 2010. |
| | | | Terms 1 Months | | | | |
| | | | Monthly payment NA | | | | |

Original creditor: DRS BIEBER HISE L L P

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

**AMEX**
PO BOX 297812
FT LAUDERDALE FL 33329
(800) 528-2122
*Partial account number*
44974863701 2339262

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date opened May 2005 | | Date of status Jan 2006 | | Responsibility Not responsible | Credit limit or original amount NA | Recent balance NA | Status: Closed/Never late. This account is scheduled to continue on record until Jan 2011. |
| Reported since Jan 2006 | | Last reported Jan 2006 | | | High balance $2,458 | | Creditor's statement. "Account closed at credit grantor's request." |
| | | | Type Revolving | | | | |
| | | | Terms NA | | | | |
| | | | Monthly payment NA | | | | |

**COUNTRYWIDE HOME LOANS**
450 AMERICAN ST
SIMI VALLEY CA 93065
(800) 669-6607
*Partial account number*
2083....

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date opened Mar 2002 | | Date of status Jan 2007 | | Responsibility Joint | Credit limit or original amount $131,250 | Recent balance $127,288 as of Jan 2007 | Status: Open/Never late. As of Jun 2011, this account is scheduled to go to a positive status. |
| Reported since Feb 2005 | | Last reported Jan 2007 | | | High balance NA | | This item was verified and updated on Feb 2007. |
| | | | Type Mortgage | | | | |
| | | | Terms 30 Years | | | | |
| | | | Monthly payment $1238 | | | | |

experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 7 of 16**

Accounts in good standing continued

| | | | | | |
|---|---|---|---|---|---|
| **FREMONT INVESTMENT & LN**<br>175 N RIVERVIEW DR<br>ANAHEIM CA 92808<br>No phone number available<br>**Partial account number**<br>700004.... | *Date opened*<br>Mar 2002<br>*Reported since*<br>May 2002 | *Date of status*<br>Jul 2007<br>*Last reported*<br>Jul 2007 | *Type*<br>Mortgage<br>*Terms*<br>30 Years<br>*Monthly payment*<br>NA | *Responsibility*<br>Joint | *Credit limit or original amount*<br>$131,250<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Transferred,closed/Never late.<br>This account is scheduled to continue<br>on record until Jul 2017. |
| **GEMB/NAPA**<br>PO BOX 981439<br>EL PASO TX 79998<br>(866) 396-8254<br>**Partial account number**<br>601918021911....<br>See History of account balances for<br>additional information. | *Date opened*<br>Oct 2006<br>*Reported since*<br>Nov 2006 | *Date of status*<br>Dec 2006<br>*Last reported*<br>Dec 2006 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>NA | *Responsibility*<br>Joint with DOUGLAS<br>DEMASI | *Credit limit or original amount*<br>$475<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Paid,Closed/Never late.<br>This account is scheduled to continue<br>on record until Dec 2016.<br>Comment: "Account closed at consumer's<br>request" |
| **HSBC NV**<br>PO BOX 19360<br>SALINAS CA 93901<br>No phone number available<br>**Partial account number**<br>512025501342.... | *Date opened*<br>May 2007<br>*Reported since*<br>Jun 2007 | *Date of status*<br>Jun 2007<br>*Last reported*<br>Jun 2007 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>$15 | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$500<br>*High balance*<br>$60 | *Recent balance*<br>$60 as of Jun<br>2007 | Status: Open/Never late. |
| **HUDSON VALLEY FEDERAL CU**<br>159 BARNEGAT RD<br>POUGHKEEPSIE NY 12601<br>No phone number available<br>**Partial account number**<br>102630.... | *Date opened*<br>May 2005<br>*Reported since*<br>Jun 2005 | *Date of status*<br>Jun 2007<br>*Last reported*<br>Jun 2007 | *Type*<br>Installment<br>*Terms*<br>85 Months<br>*Monthly payment*<br>$271 | *Responsibility*<br>Joint with DOUGLAS<br>DEMASI | *Credit limit or original amount*<br>$16,935<br>*High balance*<br>NA | *Recent balance*<br>$13,340 as<br>of Jun 2007<br>*Recent Payment*<br>$285 | Status: Open/Never late. |

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 8 of 16**

## Accounts in good standing continued

**OPTION ONE MORTGAGE CORP**
6501 IRVINE CENTER DR
IRVINE CA 92618
No phone number available
*Partial account number*
647443....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount |
|---|---|---|---|---|
| May 2001 | May 2002 | Mortgage | Joint | $101,400 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* |
| Aug 2001 | May 2002 | 30 Years | | NA |
| | | *Monthly payment* | | |
| | | NA | | |

*Recent balance* NA

Status: Paid, Closed/Never late.
This account is scheduled to continue on record until May 2012.

---

**SEARS/CBSD**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
51210505291....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount |
|---|---|---|---|---|
| May 2005 | Jul 2007 | Revolving | Individual | $950 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* |
| Jun 2005 | Jul 2007 | NA | | $1,012 |
| | | *Monthly payment* | | |
| | | $26 | | |

*Recent balance* $836 as of Jul 2007
*Recent Payment* $50

Status: Closed/Never late.
This account is scheduled to continue on record until Jul 2017.
Creditor's statement "Account closed at credit grantor's request."

---

**SEARS/CBSD**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
50499480527.2....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount |
|---|---|---|---|---|
| Mar 2002 | Jul 2007 | Revolving | Authorized user | $320 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* |
| Mar 2002 | Jul 2007 | NA | | $520 |
| | | *Monthly payment* | | |
| | | $10 | | |

*Recent balance* $85 as of Jul 2007
*Recent Payment* $225

Status: Open/Never late.

---

**TOYOTA MOTOR CREDIT CORP**
90 CRYSTAL RUN RD STE 31
MIDDLETOWN NY 10941
No phone number available
*Partial account number*
7040226140954....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount |
|---|---|---|---|---|
| Mar 2003 | Dec 2003 | Installment | Individual | $18,744 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* |
| Apr 2003 | Dec 2003 | 60 Months | | NA |
| | | *Monthly payment* | | |
| | | NA | | |

*Recent balance* NA

Status: Paid, Closed/Never late.
This account is scheduled to continue on record until Dec 2013.

experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan.

**CAP ONE BK**
*Partial account number*
5178052414511...

*Balance history*
Jun 2007: $816    May 2007: $722    Apr 2007: $765    Mar 2007: $765    Feb 2007: $568    Feb 2007: $655    Jan 2007:
$739    Dec 2006: $851    Nov 2006: $703    Oct 2006: $861    Sep 2006: $812    Aug 2006: $766    Jul
2006: $746    Jun 2006: $963

*Between Jun 2006 and Jun 2007, your credit limit and high balance was $1,290*

**GEMB/WALMART DC**
*Partial account number*
601131000043...

*Balance history*
May 2007: $2,844    Apr 2007: $2,893    Mar 2007: $3,039    Feb 2007: $3,174    Jan 2007: $3,250    Dec
2006: $3,323    Nov 2006: $3,397    Oct 2006: $3,268    Sep 2006: $3,673    Aug 2006: $3,554    Jul 2006:
$3,437    Jun 2006: $3,510    May 2006: $3,315    Apr 2006: $3,366    Mar 2006: $3,413    Feb 2006:
$3,745    Jan 2006: $3,603    Dec 2005: $3,439    Nov 2005: $3,481    Oct 2005: $3,242    Sep 2005:
$3,295    Aug 2005: $3,346    Jul 2005: $2,944

*Between Jul 2005 and May 2007, your credit limit and high balance was $3,500*

**GEMB/NAPA**
*Partial account number*
601918021911...

*Balance history*
Nov 2006: $0

*As of Nov 2006 your credit limit/high balance was $475*

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 10 of 16

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

### Inquiries shared with others

The section below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

**LANDSAFECREDIT**
1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
*No phone number available*

*Date*
Jun 26, 2007

*Reason*
Real estate loan on behalf of FBM LLC. This inquiry is scheduled to continue on record until Jul 2009.

**EQUIFAX MORTGAGE SERVICE**
1550 PEACHTREE ST NW MD
ATLANTA GA 30309
*No phone number available*

*Date*
Jun 25, 2007

*Reason*
Conventional mortgage on behalf of DELTA FUNDING CORPORATIO. This inquiry is scheduled to continue on record until Jul 2009.

**WASH MUTUAL/PROVIDIAN**
PO BOX 660509
DALLAS TX 75266
*No phone number available*

*Date*
Jun 9, 2007

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Jul 2009.

**ACRANET**
2139 TAPO ST STE 209
SIMI VALLEY CA 93063
*No phone number available*

*Date*
Jun 7, 2007

*Reason*
Real estate loan on behalf of TRIBECA LENDING CORPORAT. This inquiry is scheduled to continue on record until Jul 2009.

**HSBC NV**
2980 MEADE AVE STE A
LAS VEGAS NV 89102
*No phone number available*

*Date*
May 14, 2007

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Jun 2009.

**KROLL FACTUAL DATA/0600**
5200 HAHNS PEAK DR
LOVELAND CO 80538
*No phone number available*

*Date*
Apr 30, 2007

*Reason*
Real estate loan on behalf of 2250 THE MORTGAGE TEAM. This inquiry is scheduled to continue on record until May 2009.

**FIS CREDIT SERVICES**
3100 NEW YORK DR
PASADENA CA 91107
*No phone number available*

*Date*
Mar 12, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Apr 2009.

**FIS CREDIT SERVICES**
*No phone number available*

*Date*
Jan 23, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Feb 2009.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
*No phone number available*

*Date*
Sep 21, 2006

*Reason*
Real estate loan on behalf of 376 DUTCHESS COUNTY MO. This inquiry is scheduled to continue on record until Oct 2008.

**FAC-FREMONT**
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*

*Date*
Sep 16, 2006

*Reason*
Real estate loan . This inquiry is scheduled to continue on record until Oct 2008.

experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 11 of 16**

**IT BANK/DFS**
2234 N IH 35 SB BLDG B
USTIN TX 78753
(900) 283-2210
*Date* Aug 26, 2006
*Reason* Permissible purpose. This inquiry is scheduled to continue on record until Sep 2008.

**CIS INC**
OUTE 517
LLAMUCHY NJ 07820
No phone number available
*Date* Aug 21, 2006
*Reason* Real estate loan on behalf of ASAP MORTGAGE INC. This inquiry is scheduled to continue on record until Sep 2008.

**AC**
2395 FIRST AMERICAN WAY
OWAY CA 92064
No phone number available
*Date* Jun 14, 2006
*Reason* Real estate loan on behalf of HOME LOAN CTR INC DBA LE. This inquiry is scheduled to continue on record until Jul 2008.

**IRST AMER CR SVCS INC**
25 E GATE BLVD STE 310
ARDEN CITY NY 11530
No phone number available
*Date* Jun 5, 2006
*Reason* Real estate loan on behalf of FREEDOM MORTGAGE. This inquiry is scheduled to continue on record until Jul 2008.

**RANSUNION CREDIT INFO**
O BOX 31423
IDEPENDENCE OH 44131
No phone number available
*Date* Jun 5, 2006
*Reason* Real estate loan on behalf of AAMES CORP. This inquiry is scheduled to continue on record until Jul 2008.

**'LM FINANCE**
)1 OFFICE CENTER DR STE
WASHINGTON PA 19034
o phone number available
*Date* Jun 5, 2006
*Reason* Real estate loan. This inquiry is scheduled to continue on record until Jul 2008.

**CIS INC**
ROUTE 517
ALLAMUCHY NJ 07820
No phone number available
*Date* Apr 18, 2006
*Reason* Real estate loan on behalf of ASAP MORTGAGE INC. This inquiry is scheduled to continue on record until May 2008.

**AMERICAN HONDA FINANCE**
600 KELLY WAY
HOLYOKE MA 01040
No phone number available
*Date* Dec 19, 2005
*Reason* Permissible purpose. This inquiry is scheduled to continue on record until Jan 2008.

**HUDSON VALLEY FCU**
159 BARNEGAT RD
POUGHKEEPSIE NY 12601
No phone number available
*Date* Dec 17, 2005
*Reason* Auto loan. This inquiry is scheduled to continue on record until Jan 2008.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
No phone number available
*Date* Dec 7, 2005
*Reason* Conventional mortgage on behalf of 230 M T SALES HUDSON V. This inquiry is scheduled to continue on record until Jan 2008.

**LANDSAFE**
6400 LEGACY DR PTX-87
PLANO TX 75024
No phone number available
*Date* Oct 27, 2005
*Reason* Real estate loan on behalf of COUNTRYWIDE FSLD. This inquiry is scheduled to continue on record until Nov 2007.

experian‸

**Prepared for**
PATRICIA A DE MASI

**Report number**
0153185444

**Report date**
July 18, 2007

www.experian.com/disputes
Call 800 509 8495

## Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and <u>we do not include any of these requests on credit reports to others.</u>

We offer credit information about you to those with a permissible purpose, for example to:

· other creditors who want to offer you preapproved credit;
· an employer who wishes to extend an offer of employment;
· a potential investor in assessing the risk of a current obligation;
· Experian Consumer Assistance to process a report for you;
· your current creditors to monitor your accounts (date listed may reflect only the most recent request).

**These inquiries do not affect your credit score.**

| | |
|---|---|
| **EQUITY SOURCE HOME LOANS**<br>285 DAVIDSON AVE<br>SOMERSET NJ 08873 | *Date*<br>Jul 10, 2007 |
| **CAP ONE NA**<br>PO BOX 26625<br>RICHMOND VA 23261 | *Date*<br>Jun 17, 2007 |
| **CREDIT ONE BANK**<br>PO BOX 98873<br>LAS VEGAS NV 89193 | *Date*<br>May 30, 2007 |
| **HSBC NV**<br>12447 SW 69TH AVE<br>TIGARD OR 97223 | *Date*<br>Apr 13, 2007; Mar 17, 2007; Feb 22, 2007; Feb 16, 2007; Jan 13, 2007; Dec 19, 2006; Nov 17, 2006; Oct 19, 2006; Sep 19, 2006; Aug 15, 2006; Jul 18, 2006; Jun 20, 2006; May 20, 2006; Apr 18, 2006; Mar 20, 2006; Sep 20, 2005; Aug 18, 2005 |
| **HOME LOAN INVESTMENT BAN**<br>1 HOME LOAN PLZ<br>WARWICK RI 02886 | *Date*<br>Apr 12, 2007; Sep 9, 2005 |

| | |
|---|---|
| **TEG FEDERAL CREDIT UNION**<br>1 COMMERCE ST<br>POUGHKEEPSIE NY 12603 | *Date*<br>Mar 28, 2007 |
| **AMERICAN FINANCIAL RESOU**<br>273 E MAIN ST<br>DENVILLE NJ 07834 | *Date*<br>Mar 23, 2007 |
| **CAPITAL ONE BANK**<br>PO BOX 30281<br>SALT LAKE CITY UT 84130 | *Date*<br>Mar 20, 2007 |
| **AMERICAN HOUSING FINANCI**<br>1300 QUAIL ST STE 206<br>NEWPORT BEACH CA 92660 | *Date*<br>Jan 3, 2007; Sep 6, 2006; May 11, 2006 |
| **AMERIPATH MORTGAGE**<br>6410 OAK CYN STE 200<br>IRVINE CA 92618 | *Date*<br>Jan 3, 2007; Oct 30, 2006 |
| **AMERIPATH MORTGAGE** | *Date*<br>Oct 30, 2006 |
| **PROGRESSIVE INSURANCE**<br>6300 WILSON MILLS RD<br>CLEVELAND OH 44143 | *Date*<br>Oct 25, 2006; Aug 9, 2006 |
| **PROGRESSIVE INSURANCE** | *Date*<br>Aug 9, 2006 |
| **CITI AUTO**<br>2208 HIGHWAY 121 STE 100<br>BEDFORD TX 76021 | *Date*<br>Jul 12, 2006 |
| **FAS/NATIONS FUNDING LTD**<br>2855 E COAST HWY STE 229<br>CORONA DEL MAR CA 92625 | *Date*<br>Jun 2, 2006 |

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

## Personal Information

The following information is reported to us **by you, your creditors and other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

PATRICIA A DEMASI
**Name identification number:** 5189

PATRICIA DEMASI
**Name identification number:** 12838

PATRICIA DEMASI
**Name identification number:** 8405

PATRICIA ANN DEMASI
**Name identification number:** 27529

PATRICA A DEMASI
**Name identification number:** 995

PATRICIA A DEMASI
**Name identification number:** 27505

PATRICIA DE MASI
**Name identification number:** 18294

PATRI DEMASI
**Name identification number:** 28614

PATRICIA A DE MASI
**Name identification number:** 7683

PATRICIA A DEMASI
**Name identification number:** 1444

PATRICIA A DEMASI
**Name identification number:** 4936

PARTRICIA DEMASI
**Name identification number:** 29545

PATRICIA A DE MASI
**Name identification number:** 13878

PATRICAL A DEMASI
**Name identification number:** 12202

PATTI A DEMASI
**Name identification number:** 20323

---

AMERIQUEST
600 MICHELSON DR STE 20
IRVINE CA 92612
*Date*
May 23, 2006

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193
*Date*
Mar 7, 2006

CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE MD 21202
*Date*
Feb 8, 2006; Dec 14, 2005

EXPERIAN
PO BOX 2002
ALLEN TX 75013
*Date*
Dec 20, 2005; May 31, 2005

PREMIER BANKCARD INC
30 W DELAWARE ST
SIOUX FALLS SD 57104
*Date*
Oct 7, 2005; Aug 8, 2005

AMEX
PO BOX 297871
FT LAUDERDALE FL 33329
*Date*
Sep 28, 2005

B&T
PO BOX 105555
ATLANTA GA 30348
*Date*
Aug 15, 2005

AMEX
PO BOX 297871
FT LAUDERDALE FL 33329
*Date*
Jul 28, 2005

PROVIDIAN FINANCIAL
PO BOX 99607
ARLINGTON TX 76096
*Date*
Jul 28, 2005

# experian

**Prepared for**
PATRICIA A DE MASI

**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 14 of 16**

## Personal information continued

### Names

PATRICIA DE-MASI
**Name identification number:** 23048

PATRICIA DEMASSI
**Name identification number:** 8428

TRISHA DEMASI
**Name identification number:** 9709

PATRICIA A DEMASI
**Name identification number:** 26036

DEMASI A PATRICIA
**Name identification number:** 30349

PATRICIA DEMASI
**Name identification number:** 17661

PATRCIA DEMASI
**Name identification number:** 27073

PATRICIA DENASSI
**Name identification number:** 3869

PATTY DEMASI
**Name identification number:** 6153

PATRICIA A DEMASI
**Name identification number:** 21244

PATRICIA A DEMASI
**Name identification number:** 22606

PATTY A DEMASI
**Name identification number:** 29410

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

| | Type of address | Geographical code |
|---|---|---|
| 1214 BEEKMAN RD #O<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0588620591 | Single family | 0-200021 0-27-2281 |
| 1216 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0381111773 | Single family | 0-200021 0-27-2281 |

| | Type of address | Geographical code |
|---|---|---|
| 1214 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0516646133 | Single family | 0-200021 0-27-2281 |
| 1219 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5511<br>**Address identification number**<br>0561438348 | Single family | 0-200011 0-27-2281 |
| 1216B BEEKMAN RD<br>HOPEWELL JCT NY 12533-5578<br>**Address identification number**<br>0495608184 | Single family | 0-200021 0-27-2281 |
| 675 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6308<br>**Address identification number**<br>0026270657 | Single family | 0-5010190-27-2281 |
| RR 1<br>HOPEWELL JCT NY 12533-9801<br>**Address identification number**<br>0026280075 | Rural route | 0-5020130-27-2281 |
| 1214 16 BEEKMAN<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number**<br>0646383434 | Single family | 0-00-0- |
| 1214 16 BEEKMAN ROAD<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number**<br>0655541687 | Single family | 0-00-0- |
| 1214 BEEKMAN ROAD<br>POUGHQUAG NY 12570-<br>**Address identification number**<br>0556408736 | Single family | 0-00-0- |
| 1216A BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0460663876 | Single family | 0-200021 0-27-2281 |
| 322 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6260<br>**Address identification number**<br>0026275208 | Single family | 0-5010190-27-2281 |

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 15 of 16**

## Personal information continued

| | Type of address | Geographical code |
|---|---|---|
| BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-6176<br>**address identification number**<br>0262739 61 | Single family | 0-5010 l20-27-2281 |
| R 1 BOX 322<br>HOPEWELL JUNCTION NY 12533-9801<br>**dress identification number**<br>3741 6 1907 | Rural route | 0-5020 l30-27-2281 |
| O BOX 322<br>HOPEWELL JUNCTION NY 12533-0322<br>**ddress Identification number**<br>02626959 | Post office box | 0-5020 l30-27-2281 |
| 2 16 BEEKMAN ROAD<br>HOPEWELL NY 12533-<br>**ddress identification number**<br>500622165 | Single family | 0-00- 0- |

## ocial Security number variations

s a security precaution, we did not list the Social Security number that you provided
hen you contacted us. The numbers below are variations that have been reported to



**ate of birth**

**elephone numbers**

**pouse or co-applicant**
DUG

**mployers**
LINGTON CENTRAL SCHOO DUTCHESS TURNPIKE POUGHKEEPSIE NY 12601-
LINGTON SCHOOL CANTERBURY PLAZA POUGHKEEPSIE NY 12603-
LINGTON CSD  .

···End of Report···

If you disagree with information in your report, you may dispute it at:
**www.experian.com/disputes**

experian

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
069220865 I

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 16**

## Dear DOUGLAS D DEMASI Sr,

*To assist you in understanding your correction summary, we have
provided additional information that relates directly to items on your
personal credit report.*

FREMONT INVESTMENT & LN
700004....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

OPTION ONE MORTGAGE CORP
647443....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

COUNTRYWIDE HOME LOANS
2083....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

MIXED AADC 683
00169042 MB 0.4B5 L S24
DOUGLAS D DEMASI Sr
1214 BEEKMAN RD
HOPEWELL JUNCTION NY 12533-5578

Page 2 of 16

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

THIS PAGE INTENTIONALLY LEFT BLANK

experian

# experian·

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
0692208651

**Report date**
July 18, 2007

www.experian.com/disputes    Page 3 of 16

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

· request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;

· add a statement disputing the accuracy or completeness of the information; and

· request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - This item has been verified as accurate.

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome.

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

Visit experian.com/status to check the status of your pending disputes at any time

**To order a copy of your VantageScore[SM] from Experian visit experian. com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 16**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | | | | | |
|---|---|---|---|---|---|
| **US BKPT CT NY SO**<br>**POUGHKE**<br>176 CHURCH ST<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>9932797 | *Date filed*<br>Dec 1999<br>*Date resolved*<br>May 2000 | *Responsibility*<br>Individual | *Claim amount*<br>$0<br>*Liability amount*<br>$0 | Status:  Chapter 7 bankruptcy dismissed. This item is scheduled to continue on record until Dec 2009.<br>This item was verified and updated on Apr 2003. |
| **DUTCHESS CNTY CLERK**<br>COUNTY OFFICE BLDG<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>SQ93422 | *Date filed*<br>Jul 1993<br>*Date resolved*<br>Jan 2001 | *Responsibility*<br>NA | *Claim amount*<br>$21,400<br>*Liability amount*<br>NA | Status: Federal tax lien paid.<br>Your statement "Y ITEM DISPUTED BY CONSUMER"<br>This item was verified and updated on May 2003. |
| **DUTCHESS CNTY CLERK**<br>COUNTY OFFICE BLDG<br>POUGHKEEPSIE NY 12601<br>*No phone number available* | *Identification number*<br>SQ9495 | *Date filed*<br>Mar 1994<br>*Date resolved*<br>Jan 2001 | *Responsibility*<br>NA | *Claim amount*<br>$10,400<br>*Liability amount*<br>NA | Status: Federal tax lien paid.<br>Your statement "Y ITEM DISPUTED BY CONSUMER"<br>This item was verified and updated on May 2003. |

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

otentially negative items or items for further review continued

redit items

## AMERICAN GENERAL FINANCE
2600 SOUTH RD
POUGHKEEPSIE NY 12601
No phone number available
**Partial account number**
110225340292 6....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | Status: Open/Past due 180 days. |
|---|---|---|---|---|---|---|
| Nov 2002 | Aug 2006 | Revolving | Individual | NA | $1,404 as of Jun 2007 | |
| Reported since | Last reported | Terms | | High balance | Recent Payment | |
| Aug 2006 | Jun 2007 | NA | | $2,843 | $200 | |
| | | Monthly payment | | | | |
| | | $25 | | | | |

Status: Open/Past due 180 days. $1,379 past due as of Jun 2007.
Account history:
180 days as of Aug 2006 to Jun 2007
As of Aug 2009, this account is scheduled to go to a positive status.
Creditor's statement *"Special handling - contact subscriber for additional information."*
Comment: *"Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)"*

## CHASE MANHATTAN MORTGAGE
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127
No phone number available
**Partial account number**
1526....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Oct 2002 | Jun 2004 | Mortgage | Joint with PATRICIA DE MASI | $125,000 | NA |
| Reported since | Last reported | Terms | | High balance | |
| Oct 2002 | Jun 2004 | 30 Years | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Paid,Closed/Past due 30 days.
Account history:
60 days as of Mar 2004
30 days as of May 2004, Feb 2004

## PALISADES F C U
300 N MIDDLETOWN RD
PEARL RIVER NY 10965
No phone number available
**Partial account number**
257361000....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Dec 2003 | Nov 2004 | Installment | Individual | $10,000 | $0 as of Dec 2004 |
| Reported since | Last reported | Terms | | High balance | Recent Payment |
| Dec 2003 | Dec 2004 | 60 Months | | NA | $5 |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Account charged off/Past due 150 days, $9,657 written off.
Account history:
Charge Off as of Dec 2004, Nov 2004
150 days as of Oct 2004
120 days as of Sep 2004
90 days as of Aug 2004
60 days as of Jul 2004
30 days as of Jun 2004, Mar 2004
This account is scheduled to continue on record until Mar 2011.

experian

Report date
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 6 of 16

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

Potentially negative items or items for further review continued

**PALISADES F C U**
300 N MIDDLETOWN RD
PEARL RIVER NY 10965
No phone number available
**Partial account number**
257361000.....

| | | |
|---|---|---|
| Date opened | Date of status | |
| Dec 2003 | Oct 2004 | |
| Reported since | Last reported | |
| Dec 2003 | Oct 2004 | |

Responsibility
Individual

Type
Installment
Terms
60 Months
Monthly payment
NA

Credit limit or
original amount
$17,319
High balance
NA

Recent balance
NA

Status: Paid,Closed/Current, was past
due 120 days.

Account history:
120 days as of Sep 2004
90 days as of Aug 2004
60 days as of Jul 2004
30 days as of Jun 2004, Mar 2004

**PALISADES F C U**
300 N MIDDLETOWN RD
PEARL RIVER NY 10965
No phone number available
**Partial account number**
257361000.....

| | | |
|---|---|---|
| Date opened | Date of status | |
| Dec 2003 | Oct 2004 | |
| Reported since | Last reported | |
| Dec 2003 | Oct 2004 | |

Responsibility
Individual

Type
Installment
Terms
60 Months
Monthly payment
NA

Credit limit or
original amount
$9,229
High balance
NA

Recent balance
NA

Status: Paid,Closed/Current, was past
due 120 days.

Account history:
120 days as of Sep 2004
90 days as of Aug 2004
60 days as of Jul 2004
30 days as of Jun 2004, Mar 2004

**PALISADES F C U**
300 N MIDDLETOWN RD
PEARL RIVER NY 10965
No phone number available
**Partial account number**
257361000.....

| | | |
|---|---|---|
| Date opened | Date of status | |
| Dec 2003 | Nov 2004 | |
| Reported since | Last reported | |
| Dec 2003 | Dec 2004 | |

Responsibility
Individual

Type
Installment
Terms
60 Months
Monthly payment
NA

Credit limit or
original amount
$15,044
High balance
NA

Recent balance
$0 as of Dec
2004
Recent Payment
$467

Status: Account charged off/Past due
150 days. $13,790 written off.

Account history:
Charge Off as of Dec 2004, Nov 2004
150 days as of Oct 2004
120 days as of Sep 2004
90 days as of Aug 2004
60 days as of Jul 2004
30 days as of Jun 2004, Mar 2004
This account is scheduled to continue
on record until Mar 2011.

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0652208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 7 of 16**

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit Items

**COUNTRYWIDE HOME LOANS**
450 AMERICAN ST
SIMI VALLEY CA 93065
(800) 669-6607
*Partial account number*
2083....

| | |
|---|---|
| *Date opened* Mar 2002 | *Date of status* Jan 2007 |
| *Reported since* Feb 2005 | *Last reported* Jan 2007 |

*Type* Mortgage
*Terms* 30 Years
*Monthly payment* $1238

*Responsibility* Joint with PATRICIA DEMASI

*Credit limit or original amount* $131,250
*High balance* NA

*Recent balance* $127,288 as of Jan 2007

**Status:** Open/Never late.
As of Jun 2011, this account is scheduled to go to a positive status.
Your Statement: *"Y   ITEM DISPUTED BY CONSUMER"*
This item was verified and updated on Jan 2007.

---

**FREMONT INVESTMENT & LN**
175 N RIVERVIEW DR
ANAHEIM CA 92808
No phone number available
*Partial account number*
700004.....

| | |
|---|---|
| *Date opened* Mar 2002 | *Date of status* Jul 2007 |
| *Reported since* May 2002 | *Last reported* Jul 2007 |

*Type* Mortgage
*Terms* 30 Years
*Monthly payment* NA

*Responsibility* Joint with PATRI DEMASI

*Credit limit or original amount* $131,250
*High balance* NA

*Recent balance* NA

**Status:** Transferred,closed/Never late.
This account is scheduled to continue on record until Jul 2017.

---

**GEMB/NAPA**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
*Partial account number*
60191802191 1.....

*See History of account balances for additional information.*

| | |
|---|---|
| *Date opened* Oct 2006 | *Date of status* Dec 2006 |
| *Reported since* Nov 2006 | *Last reported* Dec 2006 |

*Type* Revolving
*Terms* NA
*Monthly payment* NA

*Responsibility* Joint with PATRICIA DEMASI

*Credit limit or original amount* $475
*High balance* NA

*Recent balance* NA

**Status:** Paid,Closed/Never late.
This account is scheduled to continue on record until Dec 2016.
Comment: *"Account closed at consumer's request"*

# experian‘

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 8 of 16**

## Accounts in good standing continued

**M & T BANK**
PO BOX 7678
BUFFALO NY 14240
No phone number available
**Partial account number**
I00001658040.....

| | |
|---|---|
| *Date opened* Jun 2002 | *Date of status* Oct 2002 |
| *Reported since* Jul 2002 | *Last reported* Oct 2002 |

*Type* Installment
*Terms* 61 Months
*Monthly payment* NA

*Responsibility* Signer with ROBERT FERRIS

*Credit limit or original amount* $18,000
*High balance* NA

*Recent balance* NA

Status: Paid,Closed/Never late.
This account is scheduled to continue on record until Oct 2012.

---

**M & T BANK**
PO BOX 7678
BUFFALO NY 14240
No phone number available
**Partial account number**
I00001729400 2.....

| | |
|---|---|
| *Date opened* Apr 2004 | *Date of status* Jun 2004 |
| *Reported since* Apr 2004 | *Last reported* Jun 2004 |

*Type* Installment
*Terms* 13 Months
*Monthly payment* NA

*Responsibility* Signer with ROBERT FERRIS

*Credit limit or original amount* $12,000
*High balance* NA

*Recent balance* NA

Status: Paid,Closed/Never late.
This account is scheduled to continue on record until Jun 2014.

---

**OPTION ONE MORTGAGE CORP**
6501 IRVINE CENTER DR
IRVINE CA 92618
No phone number available
**Partial account number**
647443.....

| | |
|---|---|
| *Date opened* May 2001 | *Date of status* May 2002 |
| *Reported since* Aug 2001 | *Last reported* May 2002 |

*Type* Mortgage
*Terms* 30 Years
*Monthly payment* NA

*Responsibility* Joint with PATRICIA DEMASI

*Credit limit or original amount* $101,400
*High balance* NA

*Recent balance* NA

Status: Paid,Closed/Never late.
This account is scheduled to continue on record until May 2012.

---

**SEARS/CBSD**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
**Partial account number**
50494805272....

| | |
|---|---|
| *Date opened* Mar 2002 | *Date of status* Jul 2007 |
| *Reported since* Mar 2002 | *Last reported* Jul 2007 |

*Type* Revolving
*Terms* NA
*Monthly payment* $10

*Responsibility* Individual

*Credit limit or original amount* $320
*High balance* $520

*Recent balance* $85 as of Jul 2007
*Recent Payment* $225

Status: Open/Never late.

experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

ccounts in good standing continued

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TEG FEDERAL CREDIT UNION**<br>I COMMERCE ST<br>POUGHKEEPSIE NY 12603<br>(845) 452-7323<br>*Partial account number*<br>2987.... | *Date opened*<br>May 2003<br>*Reported since*<br>Apr 2003 | *Date of status*<br>Dec 2003<br>*Last reported*<br>Dec 2003 | *Type*<br>Installment<br>*Terms*<br>60 Months<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$10,000<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Paid,Closed/Never late.<br>This account is scheduled to continue<br>on record until Dec 2013. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TEG FEDERAL CREDIT UNION**<br>I COMMERCE ST<br>POUGHKEEPSIE NY 12603<br>(845) 452-7323<br>*Partial account number*<br>2987.... | *Date opened*<br>Jun 2003<br>*Reported since*<br>May 2003 | *Date of status*<br>Dec 2003<br>*Last reported*<br>Dec 2003 | *Type*<br>Installment<br>*Terms*<br>60 Months<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$16,000<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Paid,Closed/Never late.<br>This account is scheduled to continue<br>on record until Dec 2013. |

listory of your account balances

your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your
edit limit and high balance or the original loan amount for an installment loan.

**AMERICAN GENERAL FINANCE**
*Partial account number*
110253402926....

*Balance history*
May 2007: $1,579    Apr 2007: $1,725    Mar 2007: $1,725    Feb 2007: $2,061    Jan 2007: $2,061    Dec
2006: $2,388    Nov 2006: $2,388    Oct 2006: $2,548    Sep 2006: $2,706    Aug 2006: $2,843    Jul 2006:
$4,843    Jul 2006: $4,843    May 2006: $4,843    Apr 2006: $5,165    Mar 2006: $5,208    Feb 2006:
$5,327    Feb 2006: $5,327    Dec 2005: $5,444    Nov 2005: $5,673    Nov 2005: $5,673    Sep 2005:
$5,806    Aug 2005: $5,806    Aug 2005: $5,806

Between Aug 2006 and May 2007, your credit
limit/high balance was $2,843

Between May 2006 and Jul 2006, your credit
limit/high balance was $4,843

Between Apr 2006 and Apr 2006, your credit
limit/high balance was $5,165

Between Mar 2006 and Mar 2006, your credit
limit/high balance was $5,208

experian™

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 10 of 16**

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

## History of your account balances (continued)

Between Feb 2006 and Feb 2006, your credit
limit/high balance was $5,327

Between Dec 2005 and Dec 2005, your credit
limit/high balance was $5,444

Between Nov 2005 and Nov 2005, your credit
limit/high balance was $5,673

Between Aug 2005 and Sep 2005, your credit
limit/high balance was $5,806

**GEMB/NAPA**
Partial account number
601918021911....

As of Nov 2006 your credit limit/high balance was
$475

*Balance history*
Nov 2006: $0

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007

www.experian.com/disputes
Call 800 509 8495

## ecord of requests for your credit history

e make your credit history available to your current and prospective creditors and
ployers as allowed by law. Experian may list these inquiries for up to two years so that
u will have a record of the companies that accessed your credit information.

## quiries shared with others

e section below lists all of the companies that have reviewed your credit report as a
ult of an action you took, such as applying for credit or as a result of a
lection. The inquiries in this section are shared with companies that view your credit
tory.

**NDSAFECREDIT**
15 WALNUT GROVE AVE
OSEMEAD CA 91770
e phone number available

**Date**
Jun 26, 2007

**Reason**
Real estate loan on behalf of
FBM LLC. This inquiry is
scheduled to continue on
record until Jul 2009.

**QUIFAX MORTGAGE**
**RVICE**
50 PEACHTREE ST NW MD
LANTA GA 30309
e phone number available

**Date**
Jun 25, 2007

**Reason**
Conventional mortgage on
behalf of DELTA FUNDING
CORPORATIO. This inquiry
is scheduled to continue on
record until Jul 2009.

**RANET**
39 TAPO ST STE 209
I VALLEY CA 93063
e phone number available

**Date**
Jun 7, 2007

**Reason**
Real estate loan on behalf of
TRIBECA LENDING
CORPORAT. This inquiry is
scheduled to continue on
record until Jul 2009.

**OLL FACTUAL DATA/0600**
00 HAHNS PEAK DR
VELAND CO 80538
e phone number available

**Date**
Apr 30, 2007

**Reason**
Real estate loan on behalf of
2250 THE MORTGAGE
TEAM. This inquiry is
scheduled to continue on
record until May 2009.

**FIS CREDIT SERVICES**
3100 NEW YORK DR
PASADENA CA 91107
No phone number available

**Date**
Mar 12, 2007

**Reason**
Real estate loan on behalf of
FIDELITY BORROWING
MTG. This inquiry is
scheduled to continue on
record until Apr 2009.

**FIS CREDIT SERVICES**

No phone number available

**Date**
Jan 23, 2007

**Reason**
Real estate loan on behalf of
FIDELITY BORROWING
MTG. This inquiry is
scheduled to continue on
record until Feb 2009.

**FIS CREDIT SERVICES**

No phone number available

**Date**
Jan 22, 2007

**Reason**
Real estate loan on behalf of
FIDELITY BORROWING
MTG. This inquiry is
scheduled to continue on
record until Feb 2009.

**FAC**
12395 FIRST AMERICAN WAY
POWAY CA 92064
No phone number available

**Date**
Jan 18, 2007

**Reason**
Real estate loan on behalf of
HOME LOAN CTR INC
DBA LE. This inquiry is
scheduled to continue on
record until Feb 2009.

**LANDSAFECREDIT**
1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
No phone number available

**Date**
Nov 21, 2006

**Reason**
Real estate loan on behalf of
CONCORD MORTGAGE
CORP. This inquiry is
scheduled to continue on
record until Dec 2008.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
No phone number available

**Date**
Sep 21, 2006

**Reason**
Real estate loan on behalf of
376 DUTCHESS COUNTY
MO. This inquiry is
scheduled to continue on
record until Oct 2008.

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 12 of 16**

**WLM FINANCE**
501 OFFICE CENTER DR STE
FT WASHINGTON PA 19034
No phone number available

*Date*
Jun 5, 2006

*Reason*
Real estate loan . This
inquiry is scheduled to
continue on record until Jul
2008.

**CIS INC**
ROUTE 517
ALLAMUCHY NJ 07820
No phone number available

*Date*
Apr 18, 2006

*Reason*
Real estate loan on behalf of
ASAP MORTGAGE INC.
This inquiry is scheduled to
continue on record until May
2008.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
No phone number available

*Date*
Dec 7, 2005

*Reason*
Conventional mortgage on
behalf of 230 M T SALES
HUDSON V. This inquiry is
scheduled to continue on
record until Jan 2008.

**LANDSAFE**
6400 LEGACY DR PTX-87
PLANO TX 75024
No phone number available

*Date*
Oct 27, 2005

*Reason*
Real estate loan on behalf of
COUNTRYWIDE FSLD.
This inquiry is scheduled to
continue on record until
Nov 2007.

---

**FAC-FREMONT**
12395 FIRST AMERICAN WAY
POWAY CA 92064
No phone number available

*Date*
Sep 16, 2006

*Reason*
Real estate loan . This
inquiry is scheduled to
continue on record until Oct
2008.

**SEARS/CBSD**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available

*Date*
Aug 26, 2006

*Reason*
Permissible purpose. This
inquiry is scheduled to
continue on record until Sep
2008.

**CIS INC**
ROUTE 517
ALLAMUCHY NJ 07820
No phone number available

*Date*
Aug 21, 2006

*Reason*
Real estate loan on behalf of
ASAP MORTGAGE INC.
This inquiry is scheduled to
continue on record until Sep
2008.

**FAC**
12395 FIRST AMERICAN WAY
POWAY CA 92064
No phone number available

*Date*
Jun 14, 2006

*Reason*
Real estate loan on behalf of
HOME LOAN CTR INC
DBA LE. This inquiry is
scheduled to continue on
record until Jul 2008.

**FIRST AMER CR SVCS INC**
825 E GATE BLVD STE 310
GARDEN CITY NY 11530
No phone number available

*Date*
Jun 5, 2006

*Reason*
Real estate loan on behalf of
FREEDOM MORTGAGE.
This inquiry is scheduled to
continue on record until Jul
2008.

**TRANSUNION CREDIT INFO**
PO BOX 31423
INDEPENDENCE OH 44131
No phone number available

*Date*
Jun 5, 2006

*Reason*
Real estate loan on behalf of
AAMES CORP. This inquiry
is scheduled to continue on
record until Jul 2008.

experian®

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

quiries shared only with you

u may not have initiated the following inquiries, so you may not recognize each source.
e report these requests to you only as a record of activities, and we do not include any
hese requests on credit reports to others.

o offer credit information about you to those with a permissible purpose, for example to:

* other creditors who want to offer you preapproved credit;
* an employer who wishes to extend an offer of employment;
* a potential investor in assessing the risk of a current obligation;
* Experian Consumer Assistance to process a report for you;
* your current creditors to monitor your accounts (date listed may reflect only
  the most recent request).

ase inquiries do not affect your credit score.

**EXPERIAN**

*Date*
Apr 23, 2003

**ASHINGTON MUTUAL**
201 3RD AVE
EATTLE WA 98101

*Date*
Jun 22, 2007; Dec 18, 2006

**HOICEPOINT/INS P&C**
000 ALDERMAN DR
PHARETTA GA 30005
*n behalf of AMERICAN MODERN INS*
*ROU*
*n behalf of AMERICAN MODERN INS GROU for*
*surance underwriting*

*Date*
Mar 27, 2006

**ROGRESSIVE INSURANCE**
100 WILSON MILLS RD
LEVELAND OH 44143

*Date*
Mar 27, 2006

**ASHINGTON MUTUAL**
201 3RD AVE
EATTLE WA 98101

*Date*
Jul 1, 2005

**XPERIAN**
O BOX 2002
LLEN TX 75013

*Date*
Dec 4, 2003; Apr 23, 2003

# experian

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
0692208651

Page 14 of 16

## Personal information

The following information is reported to us **by you, your creditors and other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

## Names

DOUGLAS D DEMASI Sr
**Name identification number:** 26829
DOUGLAS D DEMASI
**Name identification number:** 24383
DOUGLAS D DEMASI Sr
**Name identification number:** 29133
DOUGLAS D DEMASI
**Name identification number:** 21048
DOUGLAS DEMASI
**Name identification number:** 1
DOUG DEMASI
**Name identification number:** 11133
DOUGLAS DEMASI Sr
**Name identification number:** 24534
DOUGLAS D DEMASISR
**Name identification number:** 19588
DOUGLAS D DE MASI
**Name identification number:** 28746
DOUGLAS D DE MASI Sr
**Name identification number:** 22274
DOUGLAS D DE MASI Sr
**Name identification number:** 30052
DOUGLAS DE-MASI
**Name identification number:** 12518
DOUGLAS DE MASI
**Name identification number:** 5703
DOUGLAS D DEMASSI
**Name identification number:** 10955
DOUGLES DEMASI
**Name identification number:** 10120
DOUGLAS DEMASI
**Name identification number:** 28555

## Names

DOUGLAS D DEMASI
**Name identification number:** 23275
DOUGLAS DEMASI Sr
**Name identification number:** 29035
DOUGLAS A DEMASI
**Name identification number:** 26990

## Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

| | Type of address | Geographical code |
|---|---|---|
| 300 N MIDDLETOWN RD<br>PEARL RIVER NY 10965-1262<br>**Address identification number**<br>0020909967 | Multifamily | 0-12600 10-87-5608 |
| 1214 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0516646133 | Single family | 0-20002 10-27-228 |
| 1216 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0381111773 | Single family | 0-20002 10-27-228 |
| 31 SHERWOOD FRST APTF<br>WAPPINGERS FALLS NY 12590-5725<br>**Address identification number**<br>0026523416 | Apartment<br>complex | 0-19030090-27-228 |
| 1216B BEEKMAN RD<br>HOPEWELL JCT NY 12533-5578<br>**Address identification number**<br>0495608184 | Single family | 0-20002 10-27-228 |
| 675 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6308<br>**Address identification number**<br>0026270657 | Single family | 0-50101 90-27-228 |
| RR 1<br>HOPEWELL JCT NY 12533-9801<br>**Address identification number**<br>0026280075 | Rural route | 0-50201 30-27-228 |

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 15 of 16**

## Personal information continued

| Address | Type of address | Geographical code |
|---|---|---|
| 21416 BEEKMAN<br>OPEWELL JUNCTION NY 12533-<br>**ddress identification number**<br>646383434 | Single family | 0-00- 0- |
| 214 16 BEEKMAN ROAD<br>OPEWELL JUNCTION NY 12533-<br>**ddress identification number**<br>555541687 | Single family | 0-00- 0- |
| 216A BEEKMAN RD<br>OPEWELL JUNCTION NY 12533-5578<br>**ddress identification number**<br>460663876 | Single family | 0-20002 I0-27-228 I |
| 5 MAYFAIR RD<br>OUGHQUAG NY 12570-5010<br>**ddress identification number**<br>026443932 | Single family | 0-2000 I30-27-228 I |
| BC<br>OUGHQUAG NY 12570-<br>**ddress identification number**<br>362317528 | Single family | 0-00- 0- |
| BEEKMAN RD<br>OPEWELL JUNCTION NY 12533-6176<br>**ddress identification number**<br>026273961 | Single family | 0-50 I0 I20-27-228 I |
| O BOX 322<br>OPEWELL JUNCTION NY 12533-0322<br>**ddress identification number**<br>026265959 | Post office box | 0-5020 I30-27-228 I |
| O BOX 691<br>OUGHQUAG NY 12570-069 I<br>**ddress identification number**<br>026445553 | Post office box | 0-20002 I0-27-228 I |
| 12 BEEKMAN RD<br>OPEWELL JCT NY 12533-6260<br>**ddress identification number**<br>026275208 | Single family | 0-50 I0 I90-27-228 I |

| Address | Type of address | Geographical code |
|---|---|---|
| RR 322<br>12533-<br>**Address identification number**<br>0024920432 | Rural route | 0-00- 0- |

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

**Date of birth**
Oct 30, 1952

**Telephone numbers**
845 227 5387

**Spouse or co-applicant**
PATRICIA

**Employers**
SELF EMPLOYED  -
DOUGLAS BUILDERS INC

SELF  -

**Notices**
This address has pertained to a business: 300 N MIDDLETOWN RD PEARL RIVER NY 10965
ENGINEERING-MANAGEMENT SERVICE: 300 N MIDDLETOWN RD, PEARL RIVER, NY, 10965

----End of Report----

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 16 of 16

*experian*

THIS PAGE INTENTIONALLY LEFT BLANK

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2719
Fax: 212-637-2730
Email: Lawrence.Fogelman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOUGLAS D. DE MASI SR.,                     :      CERTIFICATION
                                            :
                    Plaintiff,              :      08 Civ.
                                            :
              - against -                   :
                                            :
SENATOR CHARLES E. SCHUMER,                 :
                                            :
                    Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     I, Michael J. Garcia, United States Attorney for the Southern District of New York,

pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me

under 28 C.F.R. § 15.4, hereby certify, on the basis of the complaint and the information now

available with respect to the allegations made therein, that defendant Senator Charles E.

Schumer was acting within the scope of his employment as a United States Senator at all times

relevant to the incidents alleged in the complaint.

Dated:     New York, New York
              May 21, 2008

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York