UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS D. DE MASI,

                Plaintiff,

-v-

CHARLES E. SCHUMER,

                Defendant.

08-CV-4818 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Plaintiff will respond to Defendant's June 2, 2008, letter by August 29, 2008. Defendant shall then reply to Plaintiff's letter by September 10, 2008. Parties will return for another pre-motion conference on September 17, 2008, at 11 a.m.

SO ORDERED.
DATED:    July 22, 2008
               White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____